MORGAN, LEWIS & BOCKIUS LLP
D. WARD KALLSTROM, State Bar No. 76937
LISA S. SEREBIN, State Bar No. 146312
DONALD P. SULLIVAN, State Bar No. 191080
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, PEGGI KNOX, AND PAT DAMSGAARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI, ZOLTAN INCZE AND SALVADOR AQUINO,<br><br>Plaintiffs,<br><br>vs.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, PEGGI KNOX, AND PAT DAMSGAARD,<br><br>Defendants. | Case No. C 06-5566 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULED ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR BREACH OF FIDUCIARY DUTY AND TO STRIKE PLAINTIFFS' DEMAND FOR A JURY TRIAL AND DEFECTIVE ALLEGATIONS OF FRAUDULENT CONCEALMENT**<br><br>**Date:** February 16, 2007<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 8<br>**Judge:** The Hon. Charles R. Breyer |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

C 06-5566 CRB
STIP. AND [PROP] ORDER RE BRIEFING
SCHEDULE ON MOTION TO DISMISS

1 WHEREAS, Defendants Bechtel Corporation ("Bechtel"), the Bechtel Trust & Thrift Plan Committee ("Committee"), Peggi Knox ("Knox"), and Pat Damsgaard (erroneously sued as "Pam Damsgaard") ("Damsgaard"), (collectively, "Defendants"), filed a Motion to Dismiss Plaintiffs' First Amended Complaint for Breach of Fiduciary Duty and to Strike Plaintiffs' Demand for a Jury Trial and Defective Allegations of Fraudulent Concealment ("Motion") in this action on Monday, December 11, 2006;

WHEREAS, before filing the Motion, counsel for Defendants telephoned counsel for Plaintiffs Beverly Kanawi, Zoltan Incze, and Salvador Aquino ("Plaintiffs") to apprise him of the filing, solicit his availability for a hearing on the Motion, and to establish a stipulated schedule for the filing of opposition and reply briefs;

WHEREAS, Defendants' counsel and Plaintiffs' counsel agreed that Plaintiffs would file any brief in opposition to the motion on or before Friday, January 12, 2007;

WHEREAS, Defendants' counsel and Plaintiffs' counsel agreed that Defendants would file any brief in reply to Plaintiffs' opposition to the Motion on or before Friday, February 2, 2007; and

WHEREAS, Defendants' counsel and Plaintiffs' counsel agreed that the Motion shall be noticed for hearing on Friday, February 16, 2007.

**IT IS SO STIPULATED**.

Dated: December 29, 2006          MORGAN, LEWIS & BOCKIUS LLP

                                  By    /S/ Donald P. Sullivan
                                      Donald P. Sullivan
                                      Attorneys for Defendant

Dated: December 29, 2006          SCHLICHTER BOGARD & DENTON

                                  By  /S/ Daniel Conlisk (as authorized on
                                         12/27/06)
                                      Daniel Conlisk
                                      Attorneys for Plaintiff

**IT IS SO ORDERED**.

Dated: _____, 200__       _____
                                  HON. CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7423887.1

C 06-5566 CRB
STIP. AND [PROP] ORDER RE BRIEFING
SCHEDULE ON MOTION TO DISMISS