| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | D. WARD KALLSTROM, State Bar No. 76937 |
| 2 | LISA S. SEREBIN, State Bar No. 146312 |
| | DONALD P. SULLIVAN, State Bar No. 191080 |
| 3 | One Market, Spear Street Tower |
| | San Francisco, CA  94105-1126 |
| 4 | Tel:  415.442.1000 |
| | Fax:  415.442.1001 |
| 5 | |
| | Attorneys for Defendants |
| 6 | BECHTEL CORPORATION, THE BECHTEL |
| | TRUST & THRIFT PLAN ADMINISTRATIVE |
| 7 | COMMITTEE, PEGGI KNOX, AND PAT |
| | DAMSGAARD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI, ZOLTAN INCZE AND SALVADOR AQUINO, | Case No. C 06-5566 CRB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULED ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR BREACH OF FIDUCIARY DUTY AND TO STRIKE PLAINTIFFS' DEMAND FOR A JURY TRIAL AND DEFECTIVE ALLEGATIONS OF FRAUDULENT CONCEALMENT** |
| vs. | |
| BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, PEGGI KNOX, AND PAT DAMSGAARD, | |
| Defendants. | **Date:     February 16, 2007**<br>**Time:     10:00 a.m.**<br>**Place:    Courtroom 8**<br>**Judge:    The Hon. Charles R. Breyer** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

C 06-5566 CRB
STIP. AND [PROP] ORDER RE BRIEFING
SCHEDULE ON MOTION TO DISMISS

1     WHEREAS, Defendants Bechtel Corporation ("Bechtel"), the Bechtel Trust & Thrift Plan Committee ("Committee"), Peggi Knox ("Knox"), and Pat Damsgaard (erroneously sued as "Pam Damsgaard") ("Damsgaard"), (collectively, "Defendants"), filed a Motion to Dismiss Plaintiffs' First Amended Complaint for Breach of Fiduciary Duty and to Strike Plaintiffs' Demand for a Jury Trial and Defective Allegations of Fraudulent Concealment ("Motion") in this action on Monday, December 11, 2006;

    WHEREAS, before filing the Motion, counsel for Defendants telephoned counsel for Plaintiffs Beverly Kanawi, Zoltan Incze, and Salvador Aquino ("Plaintiffs") to apprise him of the filing, solicit his availability for a hearing on the Motion, and to establish a stipulated schedule for the filing of opposition and reply briefs;

    WHEREAS, Defendants' counsel and Plaintiffs' counsel agreed that Plaintiffs would file any brief in opposition to the motion on or before Friday, January 12, 2007;

    WHEREAS, Defendants' counsel and Plaintiffs' counsel agreed that Defendants would file any brief in reply to Plaintiffs' opposition to the Motion on or before Friday, February 2, 2007; and

    WHEREAS, Defendants' counsel and Plaintiffs' counsel agreed that the Motion shall be noticed for hearing on Friday, February 16, 2007.

**IT IS SO STIPULATED**.

Dated: December 29, 2006      MORGAN, LEWIS & BOCKIUS LLP

By   /S/ Donald P. Sullivan
Donald P. Sullivan
Attorneys for Defendant

Dated: December 29, 2006      SCHLICHTER BOGARD & DENTON

By  /S/ Daniel Conlisk (as authorized on 12/27/06)
Daniel Conlisk
Attorneys for Plaintiffs

**IT IS SO ORDERED**.

Dated: January 03, 2007

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*