MORGAN, LEWIS & BOCKIUS LLP
D. WARD KALLSTROM, State Bar No. 76937
NICOLE A. DILLER, State Bar No. 154842
DONALD P. SULLIVAN, State Bar No. 191080
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

Attorneys for Defendants
BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, PEGGI KNOX, AND PAT DAMSGAARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI AND SALVADOR AQUINO,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, PEGGI KNOX, AND PAT DAMSGAARD,<br><br>                    Defendants. | Case No. C 06-5566 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEPOSITION, FURTHER CASE MANAGEMENT CONFERENCE AND HEARINGS ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:     **February 16, 2007**<br>Time:    **10:00 a.m.**<br>Place:   **Courtroom 8**<br>Judge:  **The Hon. Charles R. Breyer** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7456087.1

1

C 06-5566 CRB
STIP. AND [PROP] ORDER RE HEARINGS ON MOTIONS TO DISMISS AND CLASS CERT

1     WHEREAS, Defendants Bechtel Corporation ("Bechtel"), the Bechtel Trust & Thrift Plan
2  Committee ("Committee"), Peggi Knox ("Knox"), and Pat Damsgaard (erroneously sued as "Pam
3  Damsgaard") ("Damsgaard"), (collectively, "Defendants"), filed a Motion to Dismiss Plaintiffs'
4  First Amended Complaint for Breach of Fiduciary Duty and to Strike Plaintiffs' Demand for a
5  Jury Trial and Defective Allegations of Fraudulent Concealment ("Motion to Dismiss") in this
6  action on December 11, 2006, with a noticed hearing date of February 16, 2007;

7     WHEREAS, Plaintiffs Beverly Kanawi and Salvador Aquino ("Plaintiffs") filed a Motion
8  for Class Certification on December 14, 2007, with a noticed hearing date of January 19, 2007;

9     WHEREAS, at the December 15, 2007 Case Management Conference in this action, the
10  Court ordered that the depositions of Plaintiffs be completed during the week of January 8, 2007,
11  and that the hearing on Plaintiffs' Motion for Class Certification be continued from January 19,
12  2007 to February 16, 2007;

13     WHEREAS, also at the December 15, 2007 Case Management Conference, the Court set a
14  Further Case Management Conference for February 16, 2007;

15     WHEREAS, Defendants have taken the deposition of Plaintiff Aquino, but have not been
16  able to take the deposition of Plaintiff Kanawi due to her inability to obtain time off work; and,

17     WHEREAS, Defendants need to complete class discovery and obtain the transcripts from
18  the depositions of the proposed class representatives before responding to Plaintiffs' Motion for
19  Class Certification.

20     NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY
21  STIPULATE and AGREE that:

22     (a)  Plaintiff Beverly Kanawi's deposition may be taken anytime on or before
23  January 18, 2007;

24     (b)  The February 16, 2007 Further Case Management Conference shall be
25  continued to March 2, 2007;

26     (c)  The February 16, 2007 hearings on Defendants' Motion to Dismiss and
27  Plaintiffs' Motion for Class Certification shall be continued to March 2, 2007;

28     (d)  Plaintiffs shall file any brief in opposition to Defendants' Motion to Dismiss

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7456087.1

C 06-5566 CRB
STIP. AND [PROP] ORDER RE HEARINGS ON
MOTIONS TO DISMISS AND CLASS CERT

on or before January 19, 2007;

(e) Defendants shall file any brief in reply to Plaintiffs' opposition to Defendants' Motion to Dismiss on or before February 16, 2007;

(f) Defendants shall file any brief in opposition to Plaintiffs' Motion for Class Certification on or before February 9, 2007; and

(g) Plaintiffs shall file any brief in reply to Defendants' opposition to Plaintiffs' Motion to Class Certification on or before February 16, 2007.

**IT IS SO STIPULATED:**

Dated: January 11, 2007                    MORGAN, LEWIS & BOCKIUS LLP

             By /S/ Donald P. Sullivan
               Donald P. Sullivan
               Attorneys for Defendant

Dated: January 11, 2007                    SCHLICHTER BOGARD & DENTON

             By /S/ Daniel Conlisk (as authorized on 01/11/06)
               Daniel Conlisk
               Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7456087.1

2

C 06-5566 CRB
STIP. AND [PROP] ORDER RE HEARINGS ON MOTIONS TO DISMISS AND CLASS CERT

1  **[PROPOSED] ORDER**

2  Having reviewed the parties' Stipulation and [Proposed] Order Continuing Deposition, Further Case Management Conference and Hearings on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and Plaintiffs' Motion For Class Certification, and GOOD CAUSE APPEARING for the relief requested therein, it is hereby Ordered that:

(a) Plaintiff Beverly Kanawi's deposition may be taken anytime on or before January 18, 2007;

(b) The February 16, 2007 Further Case Management Conference shall be continued to March 2, 2007;

(c) The February 16, 2007 hearings on Defendants' Motion to Dismiss and Plaintiffs' Motion for Class Certification shall be continued to March 2, 2007;

(d) Plaintiffs shall file any brief in opposition to Defendants' Motion to Dismiss on or before January 19, 2007;

(e) Defendants shall file any brief in reply to Plaintiffs' opposition to Defendants' Motion to Dismiss on or before February 16, 2007;

(f) Defendants shall file any brief in opposition to Plaintiffs' Motion for Class Certification on or before February 9, 2007; and

(g) Plaintiffs shall file any brief in reply to Defendants' opposition to Plaintiffs' Motion to Class Certification on or before February 16, 2007.

**IT IS SO ORDERED:**

Dated:  January 12 , 2007

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

7456087v1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7456087.1

3

C 06-5566 CRB
STIP. AND [PROP] ORDER RE HEARINGS ON
MOTIONS TO DISMISS AND CLASS CERT