MORGAN, LEWIS & BOCKIUS LLP
D. WARD KALLSTROM, State Bar No. 76937
NICOLE A. DILLER, State Bar No. 154842
DONALD P. SULLIVAN, State Bar No. 191080
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
BECHTEL CORPORATION, THE BECHTEL
TRUST & THRIFT PLAN ADMINISTRATIVE
COMMITTEE, PEGGI KNOX, AND PAT
DAMSGAARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI AND SALVADOR AQUINO,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, PEGGI KNOX, AND PAT DAMSGAARD,<br><br>　　　　　　　Defendants. | Case No. C 06-5566 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER DEEMING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT TO BE A MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**Date:　　March 2, 2007**<br>**Time:　　10:00 a.m.**<br>**Place:　　Courtroom 8**<br>**Judge:　　The Hon. Charles R. Breyer** |

　　　　WHEREAS, Plaintiffs Beverly Kanawi, Salvador Aquino, and Zoltan Incze filed their initial Complaint for Breach of Fiduciary Duty and Demand for a Jury Trial in the above-titled action on September 11, 2006;

　　　　WHEREAS, on October 11, 2006, the Court granted Defendants Bechtel Corporation, the Bechtel Trust & Thrift Plan Committee, Peggi Knox, and Pat Damsgaard an extension of time to respond to the Complaint and set their response date for December 11, 2006;

　　　　WHEREAS, before Defendants responded to Plaintiffs' Complaint, Plaintiffs filed their

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7456087.1

C 06-5566 CRB
STIP. AND [PROP] ORDER RE MOT. TO DISMISS SAC

1  First Amended Complaint and Demand for a Jury Trial in this action on November 9, 2006;

2  WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint
3  for Breach of Fiduciary Duty and to Strike Plaintiffs' Demand for a Jury Trial and Defective
4  Allegations of Fraudulent Concealment ("Motion to Dismiss") in this action on December 11,
5  2006;

6  WHEREAS, Plaintiffs' and Defendants' counsel stipulated on January 9, 2007 to dismiss
7  Zoltan Incze as a named plaintiff from this action;

8  WHEREAS, Plaintiffs filed an Opposition to Defendants' Motion to Dismiss on January
9  19, 2007;

10  WHEREAS, in their Opposition to Defendants' Motion to Dismiss, Plaintiffs requested
11  leave of Court to file a Second Amended Complaint to correct a typographical error;

12  WHEREAS, Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to
13  Dismiss is due to be filed on Friday, February 16, 2007 with a hearing on March 2, 2007;

14  WHEREAS, Plaintiffs filed a Motion for Leave of Court to file their proposed Second
15  Amended Complaint on January 25, 2007 with a hearing date of March 2, 2007;

16  WHEREAS, Plaintiffs proposed Second Amended Complaint is substantially similar to
17  their First Amended Complaint and seeks only to remove references to Zoltan Incze from the
18  pleading and to replace "Bechtel" with "Defendants" in Paragraphs 118, 119, 121, and 122;

19  WHEREAS, Defendants do not oppose the filing of Plaintiffs' proposed Second Amended
20  Complaint; and

21  WHEREAS, due to the fact that the First Amended Complaint and Second Amended
22  Complaint are substantially similar, the majority of Defendants' arguments in their Motion to
23  Dismiss apply to Plaintiffs' proposed Second Amended Complaint, making it in the parties' and
24  the Court's interest to avoid the delay and expense associated with the filing of a new motion to
25  dismiss.

26  NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY
27  STIPULATE and AGREE that:

28  (a) Defendants do not oppose the filing of Plaintiffs' proposed Second Amended

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7456087.1

2

C 06-5566 CRB
STIP. AND [PROP] ORDER RE MOT. TO
DISMISS SAC

1   Complaint;

2       (b) The parties agree that Plaintiffs shall file their Second Amended Complaint on
3   or before February 15, 2007;

4       (c) Defendants' December 11, 2006 Motion to Dismiss and supporting documents
5   shall be deemed to notice and provide argument relating to the dismissal of Plaintiffs' Second
6   Amended Complaint and to Strike Plaintiffs' Demand for a Jury Trial and Defective Allegations
7   of Fraudulent Concealment ("Motion to Dismiss the SAC").

8       (d) Plaintiffs' January 19, 2007 Opposition to Defendants' Motion to Dismiss
9   shall be deemed to be Plaintiffs' Opposition to Defendants' Motion to Dismiss the SAC;

10      (e) As originally stipulated to and ordered by the Court, Defendants' shall file
11  their Reply to Plaintiffs' Opposition on February 16, 2007;

12      (f) The March 2, 2007 hearing on Defendants' Motion to Dismiss shall relate to
13  Defendants' deemed Motion to Dismiss the SAC.

**IT IS SO STIPULATED:**

Dated: February 9, 2007                MORGAN, LEWIS & BOCKIUS LLP

By     /S/ Donald P. Sullivan
    Donald P. Sullivan
    Attorneys for Defendant

Dated: February 9, 2007                SCHLICHTER BOGARD & DENTON

By     /S/ Daniel Conlisk (as authorized on Feb. 9, 2007)
    Daniel Conlisk
    Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7456087.1

3

C 06-5566 CRB
STIP. AND [PROP] ORDER RE MOT. TO DISMISS SAC

# [~~PROPOSED~~] ORDER

Having reviewed the parties' Stipulation and [Proposed] Order Deeming Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint to be a Motion to Dismiss Plaintiffs' Second Amended Complaint, and GOOD CAUSE APPEARING for the relief requested therein, it is hereby ORDERED that:

(a) Plaintiffs shall file their Second Amended Complaint on or before February 15, 2007;

(c) Defendants' December 11, 2006 Motion to Dismiss and supporting documents shall be deemed to notice and provide argument relating to the dismissal of Plaintiffs' Second Amended Complaint and to Strike Plaintiffs' Demand for a Jury Trial and Defective Allegations of Fraudulent Concealment ("Motion to Dismiss the SAC").

(d) Plaintiffs' January 19, 2007 Opposition to Defendants' Motion to Dismiss shall be deemed to be Plaintiffs' Opposition to Defendants' Motion to Dismiss the SAC;

(e) As originally stipulated to and ordered by the Court, Defendants' shall file their Reply to Plaintiffs' Opposition on February 16, 2007;

(f) The March 2, 2007 hearing on Defendants' Motion to Dismiss shall relate to Defendants' deemed Motion to Dismiss the SAC.

**IT IS SO ORDERED:**

Dated: __February 12__, 2007

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

7456087v1

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7456087.1

4

C 06-5566 CRB
STIP. AND [PROP] ORDER RE MOT. TO DISMISS SAC