SCHLICHTER, BOGARD & DENTON
DANIEL V. CONLISK *(Pro Hac Vice)*
JERRY J. SCHLICHTER (054513)
HEATHER LEA *(Pro Hac Vice)*
MARY L. PERRY (175911)
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-7151
mperry@uselaws.com
jschlichter@uselaws.com

*Attorneys for Plaintiffs and Class Representatives*

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

*Local Attorneys for Plaintiffs and Class Representatives*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI; ZOLTAN INCZE and SALVADOR AQUINO, as representatives of a class of similarly situated person, and on behalf of the Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PAM DAMSGAARD, and PEGGI KNOX,<br><br>Defendants. | Case No. C 06-05566 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF REPLY PAPERS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION ON TUESDAY, FEBRUARY 20, 2007 DUE TO UNAVAILABILITY OF ELECTRONIC FILING (PACER) SYSTEM AFTER 5 P.M. ON FRIDAY FEBRUARY 16, 2007**<br><br>Date: March 2, 2007<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor<br><br>Hon. Charles R. Breyer |

1

FUTTERMAN & DUPREE LLP

STIPULATION AND [PROPOSED] ORDER RE FILING OF REPLY PAPERS IN SUPPORT OF MTN. FOR CLASS CERTIFICATION
CASE NO. C 06-05566 CRB

IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their counsel of record, that plaintiffs shall have until Tuesday, February 20, 2007 to file their reply papers in support of their motion for class certification given that the Court's electronic filing system shall be unavailable after 5:00 p.m. on February 16, 2007, through 7:00 p.m. on Monday, February 19, 2007, and such reply papers would otherwise be due on February 16, 2007.

Dated: February 15, 2007

SCHLICHTER, BOGARD & DENTON
Daniel V. Conlisk (admitted pro hac vice)
Jerome J. Schlichter - #0545143
Heather Lea (admitted pro hac vice)
Mary L. Perry - #175911
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Tel:   314-621-6115
Fax:   314-621-7151

FUTTERMAN & DUPREE LLP

/s/ Jamie L. Dupree
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
E-mail: jdupree@dfdlaw.com

*Attorneys for Plaintiffs and Class Representatives*

Dated: February 15, 2007

MORGAN, LEWIS & BOCKIUS LLP

/s/ Donald P. Sullivan (as authorized 2/15/2007)
D. Ward Kallstrom
Lisa S. Serebin
Donald P. Sullivan
Nicole Diller

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: February 26, 2007

By: _____
Charles R. Breyer
Judge of the United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer