MORGAN, LEWIS & BOCKIUS LLP
D. WARD KALLSTROM, State Bar No. 76937
NICOLE A. DILLER, State Bar No. 154842
DONALD P. SULLIVAN, State Bar No. 191080
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
BECHTEL CORPORATION, THE BECHTEL
TRUST & THRIFT PLAN ADMINISTRATIVE
COMMITTEE, PEGGI KNOX, AND PAT
DAMSGAARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI AND SALVADOR AQUINO,<br><br>Plaintiffs,<br><br>vs.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, PEGGI KNOX, AND PAT DAMSGAARD,<br><br>Defendants. | Case No. C 06-5566 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARINGS ON (1) DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT AND TO STRIKE PLAINTIFFS' JURY DEMAND AND (2) PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:  March 16, 2007<br>Time:  10:00 a.m.<br>Place:  Courtroom 8<br>Judge:  The Hon. Charles R. Breyer |

WHEREAS, Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint for Breach of Fiduciary Duty and to Strike Plaintiffs' Demand for a Jury Trial and Defective Allegations of Fraudulent Concealment ("Motion to Dismiss") in this action on December 11, 2006 with a noticed hearing date of February 16, 2007;

WHEREAS, Plaintiffs filed a Motion for Class Certification on December 14, 2006 with a noticed hearing date of January 19, 2007;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C 06-5566 CRB
STIP. AND [PROP] ORDER CONTINUING CMC
AND MOTION HEARINGS

1    WHEREAS, at the December 15, 2006 initial Case Management Conference, the Court
2 continued the hearing on Plaintiffs' Motion for Class Certification to February 16, 2007 and set a
3 further Case Management Conference for the same day;

4    WHEREAS, on January 11, 2007, the parties submitted a stipulation and proposed order
5 continuing the further Case Management Conference and the hearings on Defendants' Motion to
6 Dismiss and Plaintiffs' Motion for Class Certification to March 2, 2007 so that Defendants could
7 complete the deposition of named-plaintiff Beverly Kanawi;

8    WHEREAS, the Court entered the Order continuing the further Case Management
9 Conference and the hearings on Defendants' Motion to Dismiss and Plaintiffs' Motion for Class
10 Certification to March 2, 2007 on January 12, 2007;

11    WHEREAS, on February 28, 2007 the Clerk of the Court notified Plaintiffs' and
12 Defendants' counsel that the Court had continued the further Case Management Conference and
13 the hearings of Defendants' Motion to Dismiss and Plaintiffs' Motion for Class Certification to
14 March 16, 2007, at 10:00 a.m.;

15    WHEREAS, both lead counsel for Defendants are unable to appear in this Court on March
16 16, 2007 because they will be participating in an arbitration on that date;

17    WHEREAS, Plaintiffs' and Defendants' counsel are able to appear in this Court for the
18 further Case Management Conference and the hearings on Defendants' Motion to Dismiss and
19 Plaintiffs' Motion for Class Certification on April 6, 2007.

20    NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY
21 STIPULATE and AGREE that:

22    The further Case Management Conference and the hearings on Defendants' Motion to
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

2

C 06-5566 CRB
STIP. AND [PROP] ORDER CONTINUING CMC
AND MOTION HEARINGS

Dismiss and Plaintiffs' Motion for Class Certification shall be continued from March 16, 2007 to April 6, 2007 at 10:00 a.m., or as soon thereafter as the Court may be available.

**IT IS SO STIPULATED:**

Dated: March 2, 2007                    MORGAN, LEWIS & BOCKIUS LLP

                                        By    /S/ Donald P. Sullivan
                                            Donald P. Sullivan
                                            Attorneys for Defendant

Dated: March 2, 2007                    SCHLICHTER BOGARD & DENTON

                                        By    /S/ Daniel Conlisk (as authorized on
                                              March 2, 2007)
                                            Daniel Conlisk
                                            Attorneys for Plaintiff

### ~~[PROPOSED]~~ ORDER

Having reviewed the parties' Stipulation and [Proposed] Order Continuing the further Case Management Conference and hearings on Defendants' Motion to Dismiss and Plaintiffs' Motion for Class Certification, and GOOD CAUSE APPEARING for the relief requested therein, it is hereby ORDERED that:

The further Case Management Conference and hearings on Defendants' Motion to Dismiss and Plaintiffs' Motion for Class Certification currently scheduled for March 16, 2007 will be continued to Friday, April 6, 2007, at 10:00 a.m., or as soon thereafter as the Court may be available.

**IT IS SO ORDERED:**

Dated:  March 5     , 2007              _____
                                        HON.
                                        UNITED STATES DISTRICT JUDGE

                                        *IT IS SO ORDERED*
                                        *Judge Charles R. Breyer*

1-SF/7511552.2

                                                            C 06-5566 CRB
                                    3       STIP. AND [PROP] ORDER CONTINUING CMC
                                                        AND MOTION HEARINGS