United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BEVERLY KANAWI, et al., | No. C 06-05566 CRB |
| Plaintiffs, | **ORDER** |
| v. |  |
| BECHTEL CORP., et al., |  |
| Defendants. |  |

Plaintiffs' unopposed motion to amend the complaint is hereby GRANTED. Plaintiffs shall file their amended complaint not later than Wednesday, March 28, 2007.

Because the amendment of the complaint and the recent dismissal of Defendant Pat Damsguard render Defendants' motion to dismiss moot, at least in part, that motion is hereby TERMINATED. Defendants shall file an amended motion to dismiss, which is responsive to the amended complaint, not later than April 6, 2007. Plaintiffs shall file their opposition to the amended motion to dismiss not later than April 13, 2007. Defendants shall file their reply, if one is necessary, not later than April 20, 2007.

//
//
//
//

1  The Court hereby defers consideration of Plaintiff's motion for class certification and Defendant's motion to strike Plaintiff's demand for a jury trial. Those motions will be considered in conjunction with the amended motion to dismiss at a hearing before the Court on April 27, 2007, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 22, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE