IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY KANAWI, et al., | No. C 06-05566 CRB |
| Plaintiffs, | **ORDER RE: MOTION FOR CLASS CERTIFICATION** |
| v. | |
| BECHTEL CORP., et al., | |
| Defendants. / | |

In an order dated May 15, 2007, the Court denied Defendants' motion to dismiss the Second Amended Complaint and instructed the parties to proceed with discovery. The Court deferred ruling on Plaintiff's motion for class certification, as well as various arguments made by Defendants in their moving papers, until after the parties had a chance to exchange information and develop the record. As the parties recognized in their recent case management statements, the reason for the Court's initial deferral of the motion was to allow the parties to develop "a more complete factual record." Pls.' Case Mgmt. Conf. Statement at 2; Defs.' Case Mgmt. Conf. Statement at 2.

At a case management conference held August 24, 2007, the Court denied Plaintiff's motion for class certification without prejudice. As the Court explained at the hearing, the denial without prejudice was not an expression of any view, one way or the other, on the merits of Plaintiff's motion. Instead, the Court denied the motion without prejudice for

administrative reasons.  If Plaintiffs are prepared to proceed with their motion for class certification now that there has been an opportunity for discovery, they may renew their motion at any time.  If Plaintiffs feel that the moving papers submitted in support of their original motion are adequate for the Court to decide the motion, then they need only to renotice the motion for a hearing, and Defendants will be permitted an opportunity to amend their opposition as they consider appropriate.  Further, if both parties feel that the issue already has been adequately briefed and that none of the materials exchanged or obtained during discovery would be pertinent to the Court's ruling on a motion for class certification, then they may so stipulate and the Court will take the motion under submission based on the papers already filed.

**IT IS SO ORDERED.**

Dated:  August 27, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE