MORGAN, LEWIS & BOCKIUS LLP
D. Ward Kallstrom, State Bar No. 76937
Nicole A. Diller, State Bar No. 154842
Lisa S. Serebin, State Bar No. 146312
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:   415.442.1001

Attorneys for Defendants
Bechtel Corporation, The Bechtel Trust & Thrift
Plan Administrative Committee, and Peggi Knox

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI AND SALVADOR AQUINO,<br><br>Plaintiffs,<br><br>vs.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, AND PEGGI KNOX,<br><br>Defendants. | Case No. C 06-5566 CRB - EDL<br><br>[PROPOSED] ORDER TO SEAL DOCUMENTS DESIGNATED BY DEFENDANTS AS CONFIDENTIAL RELATED TO PLAINTIFFS' MOTIONS TO COMPEL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND DOCUMENT REQUESTS<br><br>The Hon. Elizabeth D. Laporte |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

On October 9, 2007, Plaintiffs filed administrative applications to seal documents (the "Administrative Application") related to Plaintiffs' Motions to Compel Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Document Directed to Defendants, filed October 9, 2007 (the "Motions"). Plaintiffs requested that certain documents marked "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by Defendants be sealed, which Plaintiffs have lodged with the Court.

The parties stipulated to the entry of a protective order in this case, which the Court entered on May 29, 2007 (the "Protective Order"). In connection with the Joint Initial Discovery Plan and Order in this case and Defendants' Response to Plaintiffs' First Request for Production, Defendants produced a number of documents which they designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Protective Order, including the documents identified in the Administrative Applications. On October 23, 2007, Defendants filed the Declaration of D. Ward Kallstrom in Support of Plaintiffs' Applications to File Documents Under Seal, which showed that good cause exists for filing under seal the documents indentified in the Administrative Applications.

For good cause shown, **IT IS HEREBY ORDERED THAT** the documents listed in the Administrative Applications be filed under seal.

IT IS SO ORDERED.

Dated: October 25, 2007



_____
Elizabeth D. Laporte
Magistrate Judge, United States District Court

1-SF/7620584.1

Case No. C 06-5566 CRB – EDL
[PROPOSED] ORDER TO SEAL DOCUMENTS