UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY KANAWI, et al.,

        Plaintiffs,

    v.

BECHTEL CORP., et al.,

        Defendants.
_____/

No.   C 06-05566 CRB (EDL)

**ORDER ADVANCING BRIEFING SCHEDULE AND HEARING**

On October 23, 2007, Defendants filed a Motion to Compel as part of their Opposition to Plaintiffs' Motion to Confirm Focus Topics. Defendants noticed their motion for hearing on November 27, 2007. Because Defendants' Motion relates to Plaintiffs' Motion to Confirm Focus Topics, which is already scheduled for hearing on November 13, 2007, the briefing schedule and hearing on Defendants' motion shall be advanced. Any opposition to Defendants' motion shall be filed no later than October 31, 2007. Defendants' reply, if any, shall be filed no later than November 2, 2007.

**IT IS SO ORDERED.**

Dated: October 26, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge