1  MORGAN, LEWIS & BOCKIUS LLP
   D. Ward Kallstrom, State Bar No. 76937
2  Nicole A. Diller, State Bar No. 154842
   Christopher M. Ahearn, State Bar No. 239089
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:   415.442.1000
   Fax:   415.442.1001
5
   Attorneys for Defendants
6  Bechtel Corporation, The Bechtel Trust & Thrift
   Plan Administrative Committee, and Peggi Knox
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12 | BEVERLY KANAWI AND SALVADOR AQUINO, | Case No. C 06-5566 CRB - EDL |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER TO SEAL DOCUMENTS DESIGNATED BY DEFENDANTS AS CONFIDENTIAL RELATED TO PLAINTIFFS' MOTION TO CONFIRM FOCUS TOPICS AND TO CLARIFY TIME FRAME FOR DISCOVERY** |
| vs. | |
| BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, AND PEGGI KNOX, | |
| Defendants. | **The Hon. Elizabeth D. Laporte** |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

Case No. C 06-5566 CRB – EDL
[PROPOSED] ORDER TO SEAL DOCUMENTS

1   On October 1, 2007, Plaintiffs filed an administrative application to seal documents (the "Administrative Application") related to Plaintiffs' Motions to Confirm Focus Topics and to Clarify Time Frame for Discovery, filed on October 1, 2007 (the "Motions"). Plaintiffs requested that certain documents marked "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by Defendants be sealed, which Plaintiffs have lodged with the Court.

The parties stipulated to the entry of a protective order in this case, which the Court entered on May 29, 2007 (the "Protective Order"). In connection with the Joint Initial Discovery Plan and Order in this case and Defendants' Response to Plaintiffs' First Request for Production, Defendants produced a number of documents which they designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Protective Order, including the documents identified in the Administrative Applications. Defendants filed the Declaration of D. Ward Kallstrom in Support of Plaintiffs' Application to File Documents Under Seal Re Motion to Confirm Focus Topics and to Clarify Time Frame for Discovery, which showed that good cause exists for filing under seal the documents indentified in the Administrative Application.

For good cause shown, **IT IS HEREBY ORDERED THAT** the documents listed in the Administrative Applications be filed under seal.

IT IS SO ORDERED.

Dated: October 29, 2007

Elizabeth D. Laporte
Magistrate Judge, United States District Court

*IT IS SO ORDERED — Judge Elizabeth D. Laporte*

1-SF/7621136.1