UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY KANAWI, et al.,

        Plaintiffs,

    v.

BECHTEL CORP., et al.,

        Defendants.
_____/

No.   C 06-05566 CRB (EDL)

**ORDER RE PENDING DISCOVERY MOTIONS**

        On November 13, 2007, the Court held a hearing on the following motions:  (1) Plaintiffs' motion to confirm focus topics and clarify time-frame for discovery; (2) Plaintiffs' motion to compel responses to plaintiffs' first set of interrogatories directed to Defendants; (3) Plaintiffs' motion to compel responses to Plaintiff's first set of requests for production of documents directed to Defendants; (4) Defendants' motion to compel further definition of discovery focus topics. Plaintiffs' motion to confirm the focus topics is DENIED and Plaintiffs' two motions to compel are DENIED WITHOUT PREJUDICE in light of the problems with Plaintiffs' focus topics discussed at the hearing. Defendants' motion to compel further definition of discovery focus topics is GRANTED. After the hearing, the Court ordered the parties to meet and confer to come up with a list of agreed-to focus topics. After the parties did so, the Court reconvened with the parties in open court and approved the following agreed list of focus topics for the 2002-2006 time-frame, except for the first two focus topics, to which the September 2000-2006 time-frame applies:

        1)      For each service provider who provided services to the Master Trust:  direct hard dollar payments; revenue sharing paid or available to plan service providers; brokerage,

commissions, or commission recapture; securities lending; foreign exchange proceeds; float; asset based compensation; and compensation to the stable asset value fund manager;

    2)      All agreements with service providers;

    3)      Source allocation and methodology of payment of fiduciary liability insurance;

    4)      To what extent the Master Trust paid expenses indicated in the document Bates numbered 4547;

    5)      Internal communications among key people, i.e., some or all committee members and staff[1], regarding selection, retention, performance, and compensation of plan service providers;

    6)      Communications between Bechtel committee and the key people on the one hand, and plan service providers on the other, regarding the selection, retention, performance, and compensation of plan service providers;

    7)      Notes of key people regarding the selection, retention, performance, and compensation of plan service providers;

    8)      Payments made from plan assets to Bechtel and corporate entities and affiliates and the basis for those payments;

    9)      The allocation of payments and expenses between plans in the Master Trust;

    10)     Determination (i.e., decision and basis for the decision) of whether expenses for restructuring of the plan in 2003/2004 were settlor or plan expenses;

    11)     All plan-wide disclosures and communications with plan participants regarding Section 404(c), plan investments, service providers, and plan expenses and fees;

    12)     Defendants' Section 404(c) defense; and

    13)     Any affirmative defenses upon which Defendants intend to rely in their August 1, 2008 motion for summary judgment.

For the reasons stated at the hearing, it is FURTHER ORDERED that Defendants shall produce all responsive documents (except for the e-mails) on or before December 4, 2007.

---

[1] The parties shall meet and confer to determine these key people relevant to Focus Topics five, six, and seven according to guidelines given by the Court at the hearing.

1  Defendants shall produce the e-mails on a rolling basis to be completed on or before December 26,
2  2007. Defendants shall also produce a privilege log in accordance with the Court's standing order.
3      A status conference is hereby set for **January 15, 2007** at 3:00 p.m. The parties shall submit
4  a joint status conference statement on or before **January 8, 2007.**
5  **IT IS SO ORDERED.**
6  Dated: November 15, 2007

*Elizabeth D. Laporte*

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge