1  MORGAN, LEWIS & BOCKIUS LLP
   D. Ward Kallstrom, State Bar No. 76937
2  Nicole A. Diller, State Bar No. 154842
   Lisa S. Serebin, State Bar No. 146312
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
4  Tel:  415.442.1000
   Fax:  415.442.1001
5
   Attorneys for Defendants
6  BECHTEL CORPORATION, THE BECHTEL
   TRUST & THRIFT PLAN ADMINISTRATIVE
7  COMMITTEE, AND PEGGI KNOX

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12

| BEVERLY KANAWI AND SALVADOR AQUINO, | Case No. C 06-5566 CRB |
|---|---|
| Plaintiffs, | **STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | **Date:     December 7, 2007** |
| BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, AND PEGGI KNOX, | **Time:     8:30 a.m.**<br>**Place:    Courtroom 8**<br>**Judge:    The Hon. Charles R. Breyer** |
| Defendants. | |

WHEREAS, at the August 24, 2007 Case Management Conference, the Court set a further

Case Management Conference for December 7, 2007 at 8:30 a.m.;

WHEREAS, on November 13, 2007, Magistrate Judge Laporte heard extended argument

on four discovery motions filed by the parties;

WHEREAS, on November 15, 2007, Magistrate Judge Laporte issued an order requiring,

*inter alia*, (1) that Defendants produce documents to Plaintiffs on or before December 4, 2007

that are responsive to thirteen "focus topics"; (2) that Defendants produce electronically stored

information relating to such focus topics on or before December 26, 2007; (3) that the Parties

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                                          C 06-5566 CRB
                                         STIP. AND [PROP] ORDER CONTINUING CMC

1  meet and confer to determine the scope of the productions; and (4) that a discovery status

2  conference be set for January 15, 2008;  and

3          WHEREAS, the Parties are in agreement that a further Case Management Conference

4  would likely be more productive after the outstanding discovery issues pending before Magistrate

5  Judge Laporte have been resolved;

6          NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY

7  STIPULATE and AGREE that:

8          The further Case Management Conference shall be continued from December 7, 2007 at

9  8:30 a.m. to February 16, 2008, or as soon thereafter as the Court may be available.

10

11  **IT IS SO STIPULATED:**

12  Dated: November 29, 2007                    MORGAN, LEWIS & BOCKIUS LLP

13                                              By     /s/ D. Ward Kallstrom

14                                                     D. Ward Kallstrom
                                                       Attorneys for Defendants

15

16  Dated: November 29, 2007                    SCHLICHTER BOGARD & DENTON

17                                              By     /s/ Daniel Conlisk (as authorized on
                                                       November 29, 2007)

18                                                     Daniel Conlisk
                                                       Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2                              [PROPOSED] ORDER

3          Having reviewed the parties' Stipulation and [Proposed] Order Continuing Case

4    Management Conference, and GOOD CAUSE APPEARING for the relief requested therein, it is

5    hereby ORDERED that:

6          The further Case Management Conference and hearings on Defendants' Motion to

7    Dismiss and Plaintiffs' Motion for Class Certification currently scheduled for December 7, 2007

8    shall be, and hereby is, continued until February 15, 2008, at 8 : 30 .m.

9    **IT IS SO ORDERED:**

10

11   Dated:  November 29    , 2007    _____

12                                    HON. CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE

13

14   1-SF/7636125.3

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO