MORGAN, LEWIS & BOCKIUS LLP
D. Ward Kallstrom, State Bar No. 76937
Nicole A. Diller, State Bar No. 154842
Lisa S. Serebin, State Bar No. 146312
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
BECHTEL CORPORATION, THE BECHTEL
TRUST & THRIFT PLAN ADMINISTRATIVE
COMMITTEE, AND PEGGI KNOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI AND SALVADOR AQUINO, <br><br> Plaintiffs, <br><br> vs. <br><br> BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, AND PEGGI KNOX, <br><br> Defendants. | Case No. C 06-5566 CRB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR RESPONDING TO PLAINTIFFS' FOCUS TOPICS** |

WHEREAS, on November 13, 2007, the Court heard extended argument on four discovery motions filed by the parties;

WHEREAS, on November 15, 2007, the Court issued an order requiring, *inter alia*, that Defendants produce documents to Plaintiffs on or before December 4, 2007 that are responsive to thirteen "focus topics";

WHEREAS, Defendants have identified a much greater than anticipated volume of hard-copy documents that are potentially responsive to the focus topics;

WHEREAS, Defendants are able to make a rolling production in response to the focus topics beginning on December 4, 2007, but despite expanding the team of reviewers and working evenings and weekends, do not anticipate having completed review and processing of all

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7637613.1

1

C 06-5566 CRB
STIP. AND [PROP] ORDER CONTINUING DATE
FOR RESPONDING TO FOCUS TOPICS

documents by December 4, 2007 for production on that day;

WHEREAS, the Parties are in agreement that Defendants should have an additional two weeks for Defendants to produce documents in response to the focus topics;

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE that:

The November 15, 2007 Order's deadline for Defendants' production of non-electronic documents will be moved from December 4, 2007 to December 18, 2007, with Defendants making a rolling production of documents to Plaintiffs beginning on December 4, 2007.

**IT IS SO STIPULATED:**

Dated: December 3, 2007                MORGAN, LEWIS & BOCKIUS LLP

                                       By    /s/ D. Ward Kallstrom
                                       D. Ward Kallstrom
                                       Attorneys for Defendant

Dated: December 3, 2007                SCHLICHTER BOGARD & DENTON

                                       By    /s/ Heather Lea (as authorized on December 3, 2007)
                                       Heather Lea
                                       Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

Having reviewed the parties' Stipulation and [Proposed] Order Continuing Date for Responding to Plaintiffs' Focus Topics, and GOOD CAUSE APPEARING for the relief requested therein, it is hereby ORDERED that:

The November 15, 2007 Order's deadline for Defendants' production of non-electronic documents will be moved from December 4, 2007 to December 18, 2007, with Defendants making a rolling production of documents to Plaintiffs beginning on December 4, 2007.

**IT IS SO ORDERED:**

Dated:  December 4  , 2007

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Elizabeth D. Laporte*

1-SF/7637613.1    2    C 06-5566 CRB
STIP. AND [PROP] ORDER CONTINUING DATE
FOR RESPONDING TO FOCUS TOPICS

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO