| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | D. Ward Kallstrom, State Bar No. 76937 |
| 2 | Nicole A. Diller, State Bar No. 154842 |
| | Lisa S. Serebin, State Bar No. 146312 |
| 3 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1126 |
| 4 | Tel: 415.442.1000 |
| | Fax: 415.442.1001 |

Attorneys for Defendants
BECHTEL CORPORATION, THE BECHTEL
TRUST & THRIFT PLAN ADMINISTRATIVE
COMMITTEE, AND PEGGI KNOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI AND SALVADOR AQUINO, | Case No. C 06-5566 CRB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATES FOR RESPONDING TO PLAINTIFFS' FOCUS TOPICS** |
| vs. | |
| BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, AND PEGGI KNOX, | |
| Defendants. | |
MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7645177.2

C 06-5566 CRB
STIP. AND [PROP] ORDER CONTINUING
DATES FOR RESPONDING TO FOCUS TOPICS

1   WHEREAS, on November 13, 2007, the Court heard extended argument on four

2   discovery motions filed by the parties;

3   WHEREAS, on November 15, 2007, the Court issued an Order requiring, *inter alia*, that

4   Defendants produce hard copy documents to Plaintiffs on or before December 4, 2007 that are

5   responsive to thirteen "focus topics";

6   WHEREAS, in the November 15, 2007, Order the Court also required that Defendants

7   complete their production of electronically stored information ("ESI") responsive to the focus

8   topics on or before December 26, 2007;

9   WHEREAS, in the November 15, 2007, Order the Court further required Defendants to

10  produce a privilege log in accordance with the Court's standing order;

11  WHEREAS, prior to December 4, 2007, Defendants informed Plaintiffs that the volume of

12  hard-copy documentation they had collected for review was so expansive that it would not be

13  possible to complete the production of hard-copy documents until December 26, 2007, at the

14  earliest;

15  WHEREAS, the Parties agreed to stipulate to a temporary continuance of the hard-copy

16  document production date to December 18, 2007;

17  WHEREAS, on December 4, 2007, the Court extended the December 4, 2007 deadline to

18  December 18, 2007 pursuant to the Parties' stipulation;

19  WHEREAS, Defendants commenced their production of hard-copy documents on

20  December 4, 2007 and have continued to make a rolling production;

21  WHEREAS, Defendants will provide a privilege log relating to the December 4

22  production on December 18, 2007, two weeks after that production;

23  WHEREAS, Defendants represent that despite having expanded the team of document

24  reviewers, who Defendants represent have been working evenings and weekends on document

25  review and processing, Defendants have not completed review and processing of all hard-copy

26  documents for production;

27  WHEREAS, the Parties have been engaged since shortly after issuance of the November

28  15, 2007 order in discussions concerning ESI custodians, search dates and terms;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7645177.2

1

C 06-5566 CRB
STIP. AND [~~PROP~~] ORDER CONTINUING
DATES FOR RESPONDING TO FOCUS TOPICS

1   WHEREAS, Defendants represent that they have harvested more than 1.25 terabytes of
2   ESI (including e-mails) to be searched;

3   WHEREAS, Defendants represent that assuming that the Parties reach agreement this
4   week on remaining ESI search issues, Defendants expect to complete their initial culling of ESI
5   for review by early January, 2008;

6   WHEREAS, once Defendants complete their initial culling of ESI, further conferences
7   among the Parties may be necessary to refine the scope of ESI review so that it can be completed
8   expeditiously and at reasonable cost;

9   WHEREAS, due to the complexity of their ongoing work on the hard-copy and ESI
10  productions, Defendants may not be able to provide a privilege log to Plaintiffs relating to each
11  such production within 14 days after the production date; and

12  WHEREAS, the Parties agree that the discovery cutoff, expert discovery schedule, and
13  briefing dates set forth in the June 1, 2007, Order should be continued to reflect the delays in the
14  completion of documentary and ESI discovery from the dates set forth in the November 15, 2007,
15  Order;

16  NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY
17  STIPULATE and AGREE that:

18  1.  Defendants shall continue to make a rolling production of hard-copy documents
19  responsive to the focus topics and shall conclude the rolling production as soon as practicable and
20  in any event on or before January 11, 2008.

21  2.  Defendants will make best efforts to provide a privilege log relating to each group
22  of documents produced in the rolling production within two weeks after the production date of
23  that group of documents. In no event will privilege logs be produced more than 30 days after the
24  final production.

25  3.  The December 26, 2007, deadline for Defendants' production of ESI shall be
26  vacated. The Parties shall reach agreement on search dates and terms on or before December 21,
27  2007. Once Defendants have culled ESI pursuant to this agreement, the Parties shall meet and
28  confer regarding further refinement of the ESI search protocols if needed. On or before January

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7645177.2

2

C 06-5566 CRB
STIP. AND [PROP] ORDER CONTINUING DATES
FOR RESPONDING TO FOCUS TOPICS

8, 2008, the Parties shall submit to the Court a proposed schedule for ESI production and for modifications to the pretrial dates set forth in the June 1, 2007, Order.

4. The Parties have agreed that Defendants' ESI production shall be made on compact discs or portable hard drives in .pdf format. Defendants will make best efforts to provide a privilege log relating to each compact disc or portable hard drive within two weeks after the production thereof. Such privilege logs will in any event be due within one month after conclusion of the ESI production process.

**IT IS SO STIPULATED:**

Dated: December 18, 2007                MORGAN, LEWIS & BOCKIUS LLP

                                        By  /s/ D. Ward Kallstrom
                                           D. Ward Kallstrom
                                           Attorneys for Defendant

Dated: December 18, 2007                SCHLICHTER BOGARD & DENTON

                                        By  /s/ Heather Lea (as authorized on
                                            December 18, 2007
                                           Heather Lea
                                           Attorneys for Plaintiffs

**[~~PROPOSED~~] ORDER**

**IT IS SO ORDERED:**

Dated: December 19, 2007

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]

HON. ELIZABETH D. LAPORTE
U.S. MAGISTRATE JUDGE