UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY KANAWI, et al.,

        Plaintiffs,

        v.

BECHTEL CORP., et al.,

        Defendants.
_____/

No. C 06-05566 CRB (EDL)

**ORDER FOLLOWING STATUS CONFERENCE**

Following the January 15, 2008 status conference, the Court issues the following Order:

1. Defendants shall complete production of hard-copy documents no later than January 23, 2008.
2. Defendants shall complete production of electronically stored information no later than March 10, 2008.
3. The Court granted an extension of certain pre-trial dates. The new deadlines are:

    Fact discovery cutoff:             May 28, 2008

    Initial expert disclosure date:      June 30, 2008

    Rebuttal expert disclosure date:   July 28, 2008

    Expert discovery cutoff:         August 28, 2008

    Dispositive motion filing date:    October 17, 2008

    Dispositive motion hearing date:  November 21, 2008

**IT IS SO ORDERED.**

Dated: January 18, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge