SCHLICHTER, BOGARD & DENTON
JEROME J. SCHLICHTER (054513)
DANIEL V. CONLISK *(Admitted Pro Hac Vice)*
HEATHER LEA *(Admitted Pro Hac Vice)*
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-7151
jschlichter@uselaws.com
dconlisk@uselaws.com
hlea@uselaws.com

*Attorneys for Plaintiffs and Class Representatives*

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

*Local Attorneys for Plaintiffs and Class Representatives*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated person, and on behalf of the Plan,<br><br>*Plaintiffs,*<br><br>v.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, and PEGGI KNOX,<br><br>*Defendants.* | Case No. C 06-05566 CRB (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: February 15, 2008<br>Time: 8:30 a.m.<br>Courtroom: E, 15th Floor<br><br>The Hon. Charles R. Breyer |

The Court has set a Further Case Management Conference in this matter for February 15, 2008 at 8:30 a.m.;

Magistrate Judge Laporte issued an order on November 15, 2007, requiring, that

1

Defendants produce hard copy documents and electronic documents on 13 "focus topics" to Plaintiffs, and included deadlines to produce the material;

Defendants have completed a rolling production of responsive hard copy documents under the November 15, 2007 Order;

Defendants are engaged in the review of potentially responsive electronically stored information and will start a rolling production of this material shortly;

The parties through their counsel of record appeared at a status conference with Magistrate Judge Laporte on January 15, 2008;

Following the status conference, Magistrate Judge Laporte entered an Order on January 18, 2008, continuing certain case deadlines as agreed by the parties;

Magistrate Judge LaPorte's January 18 order calls for defendants to complete production of electronically stored information no later than March 10, 2008;

Defendants' document production will not be complete by the currently scheduled February 15, 2008 Further Case Management Conference;

A conflict has arisen for Plaintiffs' counsel on February 15, 2008;

The parties agree that the Further Case Management Conference will be more productive once Defendants have completed their production of electronically stored information; and

The parties have agreed to a one month continuance of the Further Case Management Conference from February 15, 2008 to March 14, 2008.

THEREFORE, the parties hereby stipulate and agree that:

The Further Case Management Conference shall be continued from February 15, 2008 at 8:30 a.m. to March 14, 2008, at 8:30 a.m.

IT IS SO STIPULATED.

Dated: February 5, 2008                FUTTERMAN & DUPREE LLP

Jamie L. Dupree (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

2

*[Signature: Jamie L. Dupree]*
Jamie L. Dupree

SCHLICHTER, BOGARD & DENTON
Jerome J. Schlichter (054513)
Daniel V. Conlisk *(Admitted Pro Hac Vice)*
Heather Lea *(Admitted Pro Hac Vice)*

Attorneys for Plaintiffs

Dated: February 5, 2008

MORGAN, LEWIS & BOCKIUS LLP

*[Signature: D. Ward Kallstrom as authorized 2/5/08 JLD]*
D. Ward Kallstrom
Attorneys for Defendants

# [PROPOSED] ORDER

Having reviewed the parties' Stipulation and [Proposed] Order Continuing Case Management Conference, and good cause appearing

IT IS HEREBY ORDERED that the further Case Management Conference currently scheduled for February 15, 2008, at 8:30 a.m. is continued to March 14, 2008, at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: __February 11__, 2008



HON. _____
UNITED _____