| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | MORGAN, LEWIS & BOCKIUS LLP<br>D. Ward Kallstrom, State Bar No. 76937<br>Nicole A. Diller, State Bar No. 154842<br>Lisa S. Serebin, State Bar No. 146312<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000<br>Fax: 415.442.1001<br><br>Attorneys for Defendants<br>BECHTEL CORPORATION, THE BECHTEL<br>TRUST & THRIFT PLAN ADMINISTRATIVE<br>COMMITTEE, AND PEGGI KNOX |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI AND SALVADOR AQUINO,<br><br>            Plaintiffs,<br><br>vs.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, AND PEGGI KNOX,<br><br>            Defendants. | Case No. C 06-5566 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DUE DATE FOR DEFENDANTS' PRIVILEGE LOG** |

WHEREAS, in its November 15, 2007, Order the Court directed Defendants to produce a privilege log in accordance with the Court's standing order;

WHEREAS, on December 19, 2007, the Court ordered that Defendants produce to Plaintiffs a privilege log related to their hard-copy productions within 30 days of Defendants' final production;

WHEREAS, Defendants completed their production of substantially all of their hard-copy documents by January 25, 2008;

WHEREAS, Defendants represent that they have worked diligently to complete the privilege log related to their hard-copy production within the 30-day deadline, but have not completed the privilege log;

WHEREAS, the Parties agree that Defendants should have until March 3, 2008 to complete their privilege log, and that Defendants should produce portions of their privilege log to Plaintiffs in the intervening period as those portions are completed;

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE that:

1. The deadline for defendants to produce a privilege log to Plaintiffs related to Defendant's hard-copy document production shall be continued to March 3, 2008.

2. Defendants will make best efforts to provide portions of their privilege log to Plaintiffs prior to March 3, 2008 as those portions are completed.

**IT IS SO STIPULATED:**

Dated: February 22, 2008   MORGAN, LEWIS & BOCKIUS LLP

By   /s/ D. Ward Kallstrom
D. Ward Kallstrom
Attorneys for Defendant

| | | |
|---|---|---|
| 1 | Dated: February 22, 2008 | FUTTERMAN & DUPREE LLP |
| 2 | | |
| 3 | | By /s/ Jamie L. Dupree (as authorized on February 22, 2008) |
| 4 | | Jamie L. Dupree<br>Attorneys for Plaintiffs |

**[PROPOSED] ORDER**

**IT IS SO ORDERED:**

Dated: February 22 , 2008

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7668773.1