SCHLICHTER, BOGARD & DENTON
JEROME J. SCHLICHTER (054513)
DANIEL V. CONLISK *(Admitted Pro Hac Vice)*
HEATHER LEA *(Admitted Pro Hac Vice)*
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-7151
jschlichter@uselaws.com
dconlisk@uselaws.com
hlea@uselaws.com

*Attorneys for Plaintiffs and Class Representatives*

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

*Local Attorneys for Plaintiffs and Class Representatives*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated person, and on behalf of the Plan,<br><br>*Plaintiffs*,<br><br>v.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, and PEGGI KNOX,<br><br>*Defendants*. | Case No. C 06-05566 CRB (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: March 14, 2008<br>Time: 8:30 a.m.<br>Courtroom: E, 15th Floor<br><br>The Hon. Charles R. Breyer |

Through the parties' stipulation and the Court's order, the Further Case Management Conference set for February 15, 2008 at 8:30 a.m. was continued to March 14, 2008;

Since that continuance, Plaintiffs have filed a motion for leave to file a Third Amended

1

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 06-05566 CRB

Complaint and to add a party, which is set to be heard on April 4, 2008, at 10:00 a.m.;

Plaintiffs' counsel will be traveling from St. Louis for the Further Case Management Conference and for the motion hearing;

The parties agree that the Further Case Management Conference should be held at the same time as the motion hearing set for April, 4, 2008;

THEREFORE, the parties hereby stipulate and agree that:

The Further Case Management Conference shall be continued from March 14, 2008 at 8:30 a.m. to April 4, 2008, at 10:00 a.m., and shall be conducted at the same time as the hearing on Plaintiffs' motion for leave to file a Third Amended Complaint and to add a party.

IT IS SO STIPULATED.

Dated: 3/3, 2008

FUTTERMAN & DUPREE LLP

Jamie L. Dupree (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

_____
Jamie L. Dupree

SCHLICHTER, BOGARD & DENTON
Jerome J. Schlichter (054513)
Daniel V. Conlisk (Admitted Pro Hac Vice)
Heather Lea (Admitted Pro Hac Vice)

Attorneys for Plaintiffs

Dated: 3/3, 2008

MORGAN, LEWIS & BOCKIUS LLP

_____ as authorized 3/3/08
D. Ward Kallstrom
Attorneys for Defendants

# [~~PROPOSED~~] ORDER

Having reviewed the parties' Stipulation and [Proposed] Order Continuing Case Management Conference, and good cause appearing

IT IS HEREBY ORDERED that the further Case Management Conference currently scheduled for March 14, 2008, at 8:30 a.m., is hereby continued to April 4, 2008, at 10:00 a.m., to be conducted at the same time as the hearing on Plaintiffs' motion for leave to file a Third Amended Complaint and to add a party.

**IT IS SO ORDERED.**

Dated: ___March 5___, 2008



_____
HON. 
UNITED

3