1  MORGAN, LEWIS & BOCKIUS LLP
   D. Ward Kallstrom, State Bar No. 76937
2  Nicole A. Diller, State Bar No. 154842
   Lisa S. Serebin, State Bar No. 146312
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5
   Attorneys for Defendants
6  BECHTEL CORPORATION, THE BECHTEL
   TRUST & THRIFT PLAN ADMINISTRATIVE
7  COMMITTEE, AND PEGGI KNOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI AND SALVADOR AQUINO,<br><br>Plaintiffs,<br><br>vs.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, AND PEGGI KNOX,<br><br>Defendants. | Case No. C 06-5566 CRB<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING DUE DATES FOR DEFENDANTS' HARD-COPY DOCUMENT PRIVILEGE LOG AND FOR PRODUCTION OF ELECTRONICALLY STORED DOCUMENTS** |

WHEREAS, in an Order on November 15, 2007 the Court directed Defendants to produce hard copy documents and electronically stored information ("ESI") in accordance with the focus topics set forth in that Order, and to produce a privilege log in accordance with the Court's standing order;

WHEREAS, on December 19, 2007, the Court ordered that Defendants produce to Plaintiffs a privilege log related to their hard-copy productions within 30 days of Defendants' final production;

WHEREAS, on January 18, 2008 the Court ordered Defendants to complete their production of hard-copy documents by January 23, 2008 and their production of ESI information by March 10, 2008;

WHEREAS, Defendants completed their production of substantially all of their hard-copy documents by January 25, 2008;

WHEREAS, on February 22, 2008 the Court continued the due date for Defendants privilege log related to their hard-copy production to March 3, 2008;

WHEREAS, Defendants have worked diligently to complete the privilege log related to their hard-copy production but require two additional days to complete their work;

WHEREAS, the Parties agree that Defendants shall have until March 5, 2008 to complete their privilege log, and that Defendants should make best efforts to produce portions of their privilege log to Plaintiffs in the intervening period as those portions are completed;

WHEREAS, Defendants have worked diligently to complete their review of ESI, but require three additional weeks due to the volume of information to be reviewed;

WHEREAS, the Parties agree that Defendants shall have until March 31, 2008 to complete their production of ESI, and that all pre-trial dates set by the Court's January 18, 2008 Order should be continued by 3 weeks as shown below, or as otherwise appropriate in accordance with the Court's schedule:

Fact Discovery Cutoff from May 28, 2008 to June 18, 2008;

Initial Expert Disclosure Date from June 30, 3008 to July 21, 2008;

Rebuttal Expert Disclosure Date from July 28, 2008 to August 18, 2008;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Expert Discovery Cutoff from August 28, 2008 to September 18, 2008;

Dispositive Motion Filing Date from October 17, 2008 to November 7, 2008; and

Dispositive Motion Hearing Date from November 21, 2008 to December 12, 2008.

WHEREAS, Plaintiffs have filed a motion seeking leave to file a Third Amended Complaint, to be heard on April 4, 2008; and

WHEREAS, the Parties have agreed that the Case Management Conference currently scheduled for March 18, 2008 shall be continued to April 4, 2008 so that the completion of Defendants' production of ESI will occur in advance of the Case Management Conference, and have filed a stipulation with the Court to that effect;

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE that:

1. The deadline for Defendants to produce a privilege log to Plaintiffs related to Defendants' hard-copy document production shall be continued to March 5, 2008;

2. Defendants will make best efforts to provide portions of their privilege log to Plaintiffs prior to March 5, 2008 as those portions are completed; and

3. The deadline for Defendants to produce ESI in accordance with the focus topics set forth in the Court's November 15, 2007 Order shall be continued to March 31, 2008.

**IT IS SO STIPULATED:**

Dated: March 3, 2008　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP

　　　　　　　　　　　　　　　　　　　　By　/s/ D. Ward Kallstrom
　　　　　　　　　　　　　　　　　　　　　　D. Ward Kallstrom
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

Dated: March 3, 2008　　　　　　　　　　　SCHLICHTER, BOGARD & DENTON

　　　　　　　　　　　　　　　　　　　　By　/s/ Heather Lea (as authorized on 3/3/08)
　　　　　　　　　　　　　　　　　　　　　　Heather Lea
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7671899.2

2

C 06-5566 CRB
STIP. AND [PROP] ORDER CONTINUING DUE DATE FOR DEFENDANTS' PRIVILEGE LOG

# [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: March 7, 2008

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7671899.2

3

C 06-5566 CRB
STIP. AND [PROP] ORDER CONTINUING DUE
DATE FOR DEFENDANTS' PRIVILEGE LOG