IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY KANAWI, ET AL., | No. C 06-05566 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| BECHTEL CORP., ET AL., | |
| Defendants. / | |

Plaintiffs' unopposed motion to file a third amended complaint is GRANTED. <u>See</u> Fed. R. Civ. P. 15(a)(2); Fed. R. Civ. P. 21. The hearing scheduled for April 4, 2008 is VACATED.

**IT IS SO ORDERED.**

Dated: March 17, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5566\Order Granting Leave to Amend.wpd