MORGAN, LEWIS & BOCKIUS LLP
D. Ward Kallstrom, State Bar No. 76937
Nicole A. Diller, State Bar No. 154842
Lisa S. Serebin, State Bar No. 146312
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, AND PEGGI KNOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI AND SALVADOR AQUINO,<br><br>Plaintiffs,<br><br>vs.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS,<br><br>Defendants. | Case No. C 06-5566 CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Date: April 4, 2007**<br>**Time: 8:30 a.m.**<br>**Place: Courtroom 8**<br>**Judge: The Hon. Charles R. Breyer** |

WHEREAS, on March 5, 2008, the Court set a further Case Management Conference for April 4, 2008 at 8:30 a.m.;

WHEREAS, in the intervening period Plaintiffs have filed and served a Third Amended Complaint, which adds Fremont Investment Advisors, Inc. (“FIA”) as a party and contains new allegations;

WHEREAS, counsel for FIA is not available on April 4, 2008;

WHEREAS, the Plaintiffs and Defendant FIA have stipulated to an extension of time for FIA to respond to the Third Amended Complaint to April 22, 2008;

WHEREAS, counsel for Plaintiffs and Defendants Bechtel Corporation, The Bechtel Trust & Thrift Plan Administrative Committee and Peggi Knox (collectively, the "Bechtel Defendants") previously agreed that the Case Management Conference should not occur until the Bechtel Defendants complete their ESI document production, and that production will not be complete by April 4, 2008;

WHEREAS, counsel for all parties are available for a Case Management Conference on May 16, 2008;

WHEREAS, the Parties are in agreement that the Case Management Conference would be more productive if it were to include FIA; and

WHEREAS, all Parties have agreed to discuss in good faith, in advance of the proposed May 16, 2008 Case Management Conference, appropriate revisions to the existing schedule in the case in view of (1) FIA's joinder and (2) the extension of the Bechtel Defendants' time to complete ESI production;

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE that:

The further Case Management Conference shall be continued from April 4, 2008 at 8:30 a.m. to May 16, 2008 at 8:30 a.m., or as soon thereafter as the Court may be available.

**IT IS SO STIPULATED:**

Dated: March 28, 2007

MORGAN, LEWIS & BOCKIUS LLP

By /s/ D. Ward Kallstrom
D. Ward Kallstrom
Attorneys for Bechtel Defendants

Dated: March 28, 2007

FUTTERMAN & DUPREE LLP

By /s/ Jamie L. Dupree (as authorized on March 28, 2008)
Jamie L. Dupree
Attorneys for Plaintiffs

Dated: March 28, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By /s/ Grace A. Carter (as authorized on March 28, 2008)

Grace A. Carter
Attorneys for Defendant Fremont Investment Advisors, Inc.

**~~[PROPOSED]~~ ORDER**

Having reviewed the parties' Stipulation and [Proposed] Order Continuing Case Management Conference, and GOOD CAUSE APPEARING for the relief requested therein, it is hereby ORDERED that:

The further Case Management Conference shall be, and hereby is, continued until May 16, 2008, at 8:30 .m.

**IT IS SO ORDERED:**

Dated: April 3, 2008

HON
UNIT ... DGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer