UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY KANAWI, et al.,

    Plaintiffs,

    v.

BECHTEL CORP., et al.,

    Defendants.
_____/

No.   C 06-05566 CRB (EDL)

**ORDER GRANTING DEFENDANTS' MOTION FOR ADDITIONAL TIME**

On March 31, 2008, Defendants filed a motion for additional time to complete production of electronically stored information. On April 2, 2008, Plaintiffs filed their opposition to that motion, and on April 3, 2008, Defendants filed a reply. The Court concludes that this motion is appropriate for decision without oral argument.

The Court shares Plaintiffs' concern that Defendants have already obtained several continuances of the deadline to produce electronically stored information. Even so, the Court reluctantly grants the request to extend the deadline to May 12, 2008 based on Ms. Perlioni's declaration attesting to the impossibility of completing production any earlier than that date. See Perlioni Decl. ¶¶ 3, 5. Defendants shall produce documents on a rolling basis as described in their proposed order. See Ahearn Decl. Ex. D. No further extensions will be granted absent a showing of extremely unusual circumstances. In addition, Defendants shall produce a privilege log for its production no later than May 27, 2008.

**IT IS SO ORDERED.**

Dated: April 4, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge