1   GRACE A. CARTER (SB# 101610)
    T. LEE KISSMAN (SB# 233434)
2   MARC A. CENTOR (SB# 252011)
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
3   55 Second Street
    Twenty-Fourth Floor
4   San Francisco, CA 94105-3441
    Telephone:  (415) 856-7000
5   Facsimile:  (415) 856-7100

6   Attorneys for Defendant
    FREMONT INVESTMENT ADVISORS, INC.
7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12   BEVERLY KANAWI and SALVADOR          Case No. C 06-05566 CRB (EDL)
     AQUINO, as representatives of a class of
13   similarly situated person, and on behalf of
     the Plan,                            **FREMONT INVESTMENT ADVISORS,**
14                                         **INC.'S ANSWER TO THIRD AMENDED**
                  Plaintiffs,              **COMPLAINT**
15
           vs.
16
     BECHTEL CORPORATION, THE
17   BECHTEL TRUST AND THRIFT PLAN
     COMMITTEE, PEGGI KNOX, and
18   FREMONT INVESTMENT ADVISORS,

19                Defendants.

20

21

22

23

24

25

26

27

28

1    Plaintiffs Beverly Kanawi ("Kanawi") and Salvador Aquino (collectively, the

2 "Plaintiffs"), putatively as individuals on behalf of themselves and on behalf of all others

3 similarly situated (the "putative class," the existence of which is expressly denied), filed an

4 unverified Third Amended Complaint ("Complaint") against Defendant Fremont Investment

5 Advisors, Inc. ("FIA") (erroneously sued herein as "Fremont Investment Advisors") and

6 Defendants Bechtel Corporation, the Bechtel Trust and Thrift Plan Committee, and Peggi Knox

7 (the "Bechtel Defendants").  FIA, by and through its counsel, hereby answers the Complaint and

8 alleges as follows:

9   1.  FIA admits the allegation in Paragraph 1 of the Complaint that this purports to be

10 an action brought pursuant to ERISA § 502(a), 29 U.S.C. § 1132(a), to recover purported

11 financial losses and obtain injunctive relief.  FIA denies the allegation in Paragraph 1 that Plan

12 participants and beneficiaries suffered financial losses.  FIA is without knowledge or information

13 sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1 and, on that

14 basis, denies these allegations.

15   2.  FIA denies the allegations in Paragraph 2 of the Complaint as they relate to FIA.

16 FIA is without knowledge or information sufficient to form a belief as to the truth of the

17 allegations in Paragraph 2 as they relate to the remaining defendants and, on that basis, denies

18 these allegations.

19   3.  FIA is without knowledge or information sufficient to form a belief as to the truth

20 of the allegations in Paragraph 3 of the Complaint and, on that basis, denies these allegations.

21   4.  FIA is without knowledge or information sufficient to form a belief as to the truth

22 of the allegations in Paragraph 4 of the Complaint and, on that basis, denies these allegations.

23   5.  FIA is without knowledge or information sufficient to form a belief as to the truth

24 of the allegations in Paragraph 5 of the Complaint and, on that basis, denies these allegations.

25   6.  FIA is without knowledge or information sufficient to form a belief as to the truth

26 of the allegations in Paragraph 6 of the Complaint and, on that basis, denies these allegations.

27   7.  FIA is without knowledge or information sufficient to form a belief as to the truth

28 of the allegations in Paragraph 7 of the Complaint and, on that basis, denies these allegations.

1    8.    FIA is without knowledge or information sufficient to form a belief as to the truth
2    of the allegations in Paragraph 8 of the Complaint and, on that basis, denies these allegations.

3    9.    FIA admits the allegations in Paragraph 9 of the Complaint.

4    10.    FIA admits the allegations in Paragraph 10 of the Complaint.

5    11.    FIA is without knowledge or information sufficient to form a belief as to the job
6    title of Peggi Knox and, on that basis, denies these allegations.  FIA admits the remaining
7    allegations in Paragraph 11.

8    12.    FIA admits the allegations in the first sentence in Paragraph 12 of the Complaint.
9    FIA denies the remaining allegations in Paragraph 12.

10    13.    FIA admits that it had an Investment Management Agreement with Bechtel
11    Corporation that sets forth the obligations of FIA with respect to the Plan, and FIA further alleges
12    that the Investment Management Agreement speaks for itself as to FIA's responsibilities.  Except
13    as specifically admitted herein, FIA denies the allegations in Paragraph 13 of the Complaint.

14    14.    FIA admits that it had an Investment Management Agreement with Bechtel
15    Corporation that sets forth the obligations of FIA with respect to the Plan, and FIA further alleges
16    that the Investment Management Agreement speaks for itself as to FIA's responsibilities.  Except
17    as specifically admitted herein, FIA denies the allegations in Paragraph 14 of the Complaint.

18    15.    FIA denies the allegations in Paragraph 15 of the Complaint.

19    16.    To the extent that plaintiffs refer to Bechtel's Supplemental Interrogatory
20    Responses, the document speaks for itself.  FIA denies the remaining allegations in Paragraph 16.

21    17.    To the extent the allegations in Paragraph 17 of the Complaint constitute
22    conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to
23    allege facts, FIA denies the allegations in Paragraph 17, except that FIA does not contest that this
24    Court has subject matter jurisdiction over this action.

25    18.    To the extent the allegations in Paragraph 18 of the Complaint constitute
26    conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to
27    allege facts, FIA denies the allegations in Paragraph 18, except that FIA does not contest that it is
28    subject to service of process.

1        19.      To the extent the allegations in Paragraph 19 of the Complaint constitute

2   conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

3   allege facts, FIA denies the allegations in Paragraph 19, except that FIA does not contest that

4   venue is proper in this Court.

5        20.      To the extent the allegations in Paragraph 20 of the Complaint constitute

6   conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

7   allege facts, FIA denies the allegations in Paragraph 20, except that FIA does not contest that

8   venue is proper in this Court.

9        21.      To the extent the allegations in Paragraph 21 of the Complaint constitute

10  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

11  allege facts, FIA denies the allegations in Paragraph 21.

12       22.      To the extent the allegations in Paragraph 22 of the Complaint constitute

13  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

14  allege facts, FIA denies the allegations in Paragraph 22.

15       23.      To the extent the allegations in Paragraph 23 of the Complaint constitute

16  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

17  allege facts, FIA denies the allegations in Paragraph 23.

18       24.      To the extent the allegations in the first sentence in Paragraph 24 constitute

19  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

20  allege facts, FIA is without knowledge or information sufficient to form a belief as to the truth of

21  the allegations in the first sentence in Paragraph 24 of the Complaint and, on that basis, denies

22  these allegations.  FIA admits the allegations in the second sentence in Paragraph 24.

23       25.      To the extent the allegations in Paragraph 25 of the Complaint constitute

24  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

25  allege facts, FIA is without knowledge or information sufficient to form a belief as to the truth of

26  the allegations in Paragraph 25 of the Complaint and, on that basis, denies these allegations.

27       26.      To the extent this paragraph purports to allege facts, FIA is without knowledge or

28  information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the

1  Complaint and, on that basis, denies these allegations.

2      27.     To the extent this paragraph purports to allege facts, FIA is without knowledge or

3  information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the

4  Complaint and, on that basis, denies these allegations.

5      28.     To the extent the allegations in Paragraph 28 of the Complaint constitute

6  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

7  allege facts, FIA denies the allegations in Paragraph 28 as they relate to FIA.  FIA is without

8  knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

9  28 as they relate to the remaining defendants and, on that basis, denies these allegations.

10     29.     To the extent the allegations in Paragraph 29 of the Complaint constitute

11 conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

12 allege facts, FIA denies the allegations in Paragraph 29 as they relate to FIA.  FIA is without

13 knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

14 29 as they relate to the remaining defendants and, on that basis, denies these allegations.

15     30.     To the extent the allegations in Paragraph 30 of the Complaint constitute

16 conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

17 allege facts, FIA denies the allegations in Paragraph 30 as they relate to FIA.  FIA is without

18 knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

19 30 as they relate to the remaining defendants and, on that basis, denies these allegations.

20     31.     To the extent the allegations in Paragraph 31 of the Complaint constitute

21 conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

22 allege facts, FIA denies the allegations in Paragraph 31 as they relate to FIA.  FIA is without

23 knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

24 31 as they relate to the remaining defendants and, on that basis, denies these allegations.

25     32.     To the extent the allegations in Paragraph 32 of the Complaint constitute

26 conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

27 allege facts, FIA denies the allegations in Paragraph 32 as they relate to FIA.  FIA is without

28 knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

- 4 -

FREMONT INVESTMENT ADVISORS, INC.'S
ANSWER TO THIRD AMENDED COMPLAINT

1   32 as they relate to the remaining defendants and, on that basis, denies these allegations.

2        33.    FIA denies the allegations in Paragraph 33 of the Complaint as they relate to FIA.

3   FIA is without knowledge or information sufficient to form a belief as to the truth of the

4   allegations in Paragraph 33 as they relate to the remaining defendants and, on that basis, denies

5   these allegations.

6        34.    FIA denies the allegations in Paragraph 34 of the Complaint as they relate to FIA.

7   FIA is without knowledge or information sufficient to form a belief as to the truth of the

8   allegations in Paragraph 34 as they relate to Plan fiduciaries and remaining defendants and, on

9   that basis, denies these allegations.

10       35.    FIA denies the allegations in Paragraph 35 of the Complaint as they relate to FIA.

11  FIA is without knowledge or information sufficient to form a belief as to the truth of the

12  allegations in Paragraph 35 as they relate to the remaining defendants and, on that basis, denies

13  these allegations.

14       36.    FIA denies the allegations in Paragraph 36 of the Complaint as they relate to FIA.

15  FIA is without knowledge or information sufficient to form a belief as to the truth of the

16  allegations in Paragraph 36 as they relate to the remaining defendants and, on that basis, denies

17  these allegations.

18       37.    FIA denies the allegations in Paragraph 37 of the Complaint as they relate to FIA.

19  FIA is without knowledge or information sufficient to form a belief as to the truth of the

20  allegations in Paragraph 37 as they relate to Plan fiduciaries and the remaining defendants and, on

21  that basis, denies these allegations.

22       38.    FIA denies the allegations in Paragraph 38 of the Complaint as they relate to FIA.

23  FIA is without knowledge or information sufficient to form a belief as to the truth of the

24  allegations in Paragraph 38 as they relate to the remaining defendants and, on that basis, denies

25  these allegations.

26       39.    FIA is without knowledge or information sufficient to form a belief as to the truth

27  of the allegations in Paragraph 39 and, on that basis, denies these allegations.

28       40.    FIA denies the allegations in Paragraph 40 of the Complaint as they relate to FIA.

- 5 -

1   FIA is without knowledge or information sufficient to form a belief as to the truth of the

2   allegations in Paragraph 40 as they relate to the remaining defendants and, on that basis, denies

3   these allegations.

4         41.    FIA denies the allegations in Paragraph 41 of the Complaint as they relate to FIA.

5   FIA is without knowledge or information sufficient to form a belief as to the truth of the

6   allegations in Paragraph 41 as they relate to the remaining defendants and, on that basis, denies

7   these allegations.

8         42.    FIA denies the allegations in Paragraph 42 of the Complaint.

9         43.    FIA denies the allegations in Paragraph 43 of the Complaint as they relate to FIA.

10   FIA is without knowledge or information sufficient to form a belief as to the truth of the

11   allegations in Paragraph 43 as they relate to the remaining defendants and, on that basis, denies

12   these allegations.

13        44.    FIA denies the allegations in Paragraph 44 of the Complaint as they relate to FIA.

14   FIA is without knowledge or information sufficient to form a belief as to the truth of the

15   allegations in Paragraph 44 as they relate to the remaining defendants and, on that basis, denies

16   these allegations.

17        45.    FIA denies the allegations in Paragraph 45 of the Complaint.

18        46.    FIA denies the allegations in Paragraph 46 of the Complaint.

19        47.    FIA denies the allegations in Paragraph 47 of the Complaint.

20        48.    FIA denies the allegations in Paragraph 48 of the Complaint as they relate to FIA.

21   FIA is without knowledge or information sufficient to form a belief as to the truth of the

22   remaining allegations in Paragraph 48 and, on that basis, denies these allegations.

23        49.    FIA denies the allegations in Paragraph 49 of the Complaint.

24        50.    FIA admits that Riley Bechtel serves on the Board of Directors for Fremont Group

25   L.L.C., which is not the parent of FIA.  FIA is without knowledge or information sufficient to

26   form a belief as to the truth of the remaining allegations in Paragraph 50 and, on that basis, denies

27   these allegations.

28        51.    FIA denies the allegations in Paragraph 51 of the Complaint as they relate to FIA.

1   FIA is without knowledge or information sufficient to form a belief as to the truth of the

2   allegations in Paragraph 51 as they relate to the remaining defendants and, on that basis, denies

3   these allegations.

4          52.     FIA denies the allegations in Paragraph 52 of the Complaint as they relate to FIA.

5   FIA is without knowledge or information sufficient to form a belief as to the truth of the

6   allegations in Paragraph 52 as they relate to the remaining defendants and, on that basis, denies

7   these allegations.

8          53.     FIA denies the allegations in Paragraph 53 of the Complaint as they relate to FIA.

9   FIA is without knowledge or information sufficient to form a belief as to the truth of the

10  allegations in Paragraph 53 as they relate to the remaining defendants and, on that basis, denies

11  these allegations.

12         54.     FIA denies the allegations in Paragraph 54 of the Complaint as they relate to FIA.

13  FIA is without knowledge or information sufficient to form a belief as to the truth of the

14  allegations in Paragraph 54 as they relate to the remaining defendants and, on that basis, denies

15  these allegations.

16         55.     To the extent the allegations in Paragraph 55 of the Complaint constitute

17  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

18  allege facts, FIA is without knowledge or information sufficient to form a belief as to the truth of

19  the remaining allegations in Paragraph 55 and, on that basis, denies these allegations.

20         56.     FIA denies the allegations in Paragraph 56 of the Complaint as they relate to FIA.

21  FIA is without knowledge or information sufficient to form a belief as to the truth of the

22  allegations in Paragraph 56 as they relate to the remaining defendants and, on that basis, denies

23  these allegations.

24         57.     To the extent the allegations in Paragraph 57 of the Complaint constitute

25  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

26  allege facts, FIA is without knowledge or information sufficient to form a belief as to the truth of

27  the remaining allegations in Paragraph 57 and, on that basis, denies these allegations.

28         58.     To the extent the allegations in Paragraph 58 of the Complaint constitute

conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to allege facts, FIA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 58 and, on that basis, denies these allegations.

59.    FIA denies the allegations in Paragraph 59 of the Complaint as they relate to FIA. FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 as they relate to the remaining defendants and, on that basis, denies these allegations.

60.    FIA denies the allegations in Paragraph 60 of the Complaint as they relate to FIA. FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 as they relate to the remaining defendants and, on that basis, denies these allegations.

61.    FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 and, on that basis, denies these allegations.

62.    FIA denies the allegations in Paragraph 62 of the Complaint as they relate to FIA. FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 as they relate to the remaining defendants and, on that basis, denies these allegations.

63.    FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 and, on that basis, denies these allegations.

64.    FIA denies the allegations in Paragraph 64 of the Complaint as they relate to FIA. FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 as they relate to the remaining defendants and, on that basis, denies these allegations.

65.    To the extent the allegations in Paragraph 65 of the Complaint constitute conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to allege facts, FIA denies the allegations in Paragraph 65 as they relate to FIA.  FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 as to the remaining defendants and, on that basis, denies these allegations.

Case No. C 06-05566 CRB (EDL)                    FREMONT INVESTMENT ADVISORS, INC.'S
ANSWER TO THIRD AMENDED COMPLAINT

66.   FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 and, on that basis, denies these allegations.

67.   FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 and, on that basis, denies these allegations.

68.   FIA denies the allegations in Paragraph 68 of the Complaint.

69.   FIA denies the allegations in Paragraph 69 of the Complaint as they relate to FIA. FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 as they relate to the remaining defendants and, on that basis, denies these allegations.

70.   FIA denies the allegations in Paragraph 70 of the Complaint as they relate to FIA. FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 as they relate to the remaining defendants and, on that basis, denies these allegations.

71.   FIA denies the allegations in Paragraph 71 of the Complaint.

72.   FIA denies the allegations in Paragraph 72 of the Complaint as they relate to FIA. FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 as they relate to the remaining defendants and, on that basis, denies these allegations.

73.   FIA denies the allegations in Paragraph 73 of the Complaint as they relate to FIA. FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 as they relate to the remaining defendants and, on that basis, denies these allegations.

74.   FIA denies the allegations in Paragraph 74 of the Complaint as they relate to FIA. FIA is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 as to the remaining defendants and, on that basis, denies these allegations.

75.   FIA denies the allegations in Paragraph 75 of the Complaint as they relate to FIA. FIA is without knowledge or information sufficient to form a belief as to the truth of the

1  allegations in Paragraph 75 as to the remaining defendants and, on that basis, denies these

2  allegations.

3    76.    FIA denies the allegations in Paragraph 76 of the Complaint as they relate to FIA.

4  FIA is without knowledge or information sufficient to form a belief as to the truth of the

5  allegations in Paragraph 76 as to the remaining defendants and, on that basis, denies these

6  allegations.

7    77.    FIA denies the allegations in Paragraph 77 of the Complaint as they relate to FIA.

8  FIA is without knowledge or information sufficient to form a belief as to the truth of the

9  allegations in Paragraph 77 as to the remaining defendants and, on that basis, denies these

10  allegations.

11    78.    FIA denies the allegations in Paragraph 78 as they relate to FIA.  FIA is without

12  knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

13  78 as to the remaining defendants and, on that basis, denies these allegations.

14    79.    FIA denies the allegations in Paragraph 79 as they relate to FIA.  FIA is without

15  knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

16  79 as to the remaining defendants and, on that basis, denies these allegations.

17    80.    FIA denies the allegations in Paragraph 80 of the Complaint as they relate to FIA.

18  FIA is without knowledge or information sufficient to form a belief as to the truth of the

19  allegations in Paragraph 80 as they relate to the remaining defendants and, on that basis, denies

20  these allegations.

21    81.    FIA denies the allegations in Paragraph 81 of the Complaint as they relate to FIA.

22  FIA is without knowledge or information sufficient to form a belief as to the truth of the

23  allegations in Paragraph 81 as they relate to the remaining defendants and, on that basis, denies

24  these allegations.

25    82.    To the extent the allegations in Paragraph 82 of the Complaint constitute

26  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

27  allege facts, FIA denies the allegations in Paragraph 82 as they relate to FIA.  FIA is without

28  knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

FREMONT INVESTMENT ADVISORS, INC.'S
ANSWER TO THIRD AMENDED COMPLAINT

1    82 as to the remaining defendants and, on that basis, denies these allegations.

2         83.    FIA denies the allegations in Paragraph 83 of the Complaint as they relate to FIA.

3    FIA is without knowledge or information sufficient to form a belief as to the truth of the

4    allegations in Paragraph 83 as they relate to the remaining defendants and, on that basis, denies

5    these allegations.

6         84.    FIA denies the allegations in Paragraph 84 of the Complaint as they relate to FIA.

7    FIA is without knowledge or information sufficient to form a belief as to the truth of the

8    allegations in Paragraph 84 as they relate to the remaining defendants and, on that basis, denies

9    these allegations.

10        85.    FIA repeats and realleges each of its responses to Paragraphs 1 through 84 of the

11   Complaint as though fully set forth herein.

12        86.    To the extent the allegations in Paragraph 86 of the Complaint constitute

13   conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

14   allege facts, FIA denies the allegations in Paragraph 86 as they relate to FIA.  FIA is without

15   knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

16   86 as to the remaining defendants and, on that basis, denies these allegations.

17        87.    FIA denies the allegations in Paragraph 87 of the Complaint as they relate to FIA.

18   FIA is without knowledge or information sufficient to form a belief as to the truth of the

19   allegations in Paragraph 87 as they relate to the remaining defendants and, on that basis, denies

20   these allegations.

21        88.    FIA is without knowledge or information sufficient to form a belief as to the truth

22   of the allegations in Paragraph 88 and, on that basis, denies these allegations.

23        89.    FIA denies the allegations in Paragraph 89 of the Complaint as they relate to FIA.

24   FIA is without knowledge or information sufficient to form a belief as to the truth of the

25   allegations in Paragraph 89 as they relate to the remaining defendants and, on that basis, denies

26   these allegations.

27        90.    FIA denies the allegations in Paragraph 90 of the Complaint as they relate to FIA.

28   FIA is without knowledge or information sufficient to form a belief as to the truth of the

Case No. C 06-05566 CRB (EDL)                        FREMONT INVESTMENT ADVISORS, INC.'S
                                                     ANSWER TO THIRD AMENDED COMPLAINT

1   allegations in Paragraph 90 as they relate to the remaining defendants and, on that basis, denies

2   these allegations.

3         91.    FIA denies the allegations in Paragraph 91 of the Complaint as they relate to FIA.

4   FIA is without knowledge or information sufficient to form a belief as to the truth of the

5   allegations in Paragraph 91 as they relate to the remaining defendants and, on that basis, denies

6   these allegations.

7         92.    FIA denies the allegations in Paragraph 92 of the Complaint as they relate to FIA.

8   FIA is without knowledge or information sufficient to form a belief as to the truth of the

9   allegations in Paragraph 92 as they relate to the remaining defendants and, on that basis, denies

10  these allegations.

11        93.    FIA denies the allegations in Paragraph 93 of the Complaint as they relate to FIA.

12  FIA is without knowledge or information sufficient to form a belief as to the truth of the

13  allegations in Paragraph 93 as they relate to the remaining defendants and, on that basis, denies

14  these allegations.

15        94.    FIA repeats and realleges each of its responses to Paragraphs 1 through 93 of the

16  Complaint as though fully set forth herein.

17        95.    To the extent the allegations in Paragraph 95 of the Complaint constitute

18  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

19  allege facts, FIA denies the allegations in Paragraph 95.

20        96.    To the extent the allegations in Paragraph 96 of the Complaint constitute

21  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

22  allege facts, FIA denies the allegations in Paragraph 96.

23        97.    To the extent the allegations in Paragraph 97 of the Complaint constitute

24  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

25  allege facts, FIA denies the allegations in Paragraph 97 as they relate to FIA.  FIA is without

26  knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

27  97 as to the remaining defendants and, on that basis, denies these allegations.

28        98.    FIA denies the allegations in Paragraph 98 of the Complaint as they relate to FIA.

1   FIA is without knowledge or information sufficient to form a belief as to the truth of the

2   allegations in Paragraph 98 as they relate to the remaining defendants and, on that basis, denies

3   these allegations.

4          99.     To the extent the allegations in Paragraph 99 of the Complaint constitute

5   conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

6   allege facts, FIA denies the allegations in Paragraph 99 as they relate to FIA.  FIA is without

7   knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

8   99 as to the remaining defendants and, on that basis, denies these allegations.

9          100.    To the extent the allegations in Paragraph 100 of the Complaint constitute

10  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

11  allege facts, FIA denies the allegations in Paragraph 100 as they relate to FIA.  FIA is without

12  knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

13  100 as to the remaining defendants and, on that basis, denies these allegations.

14         101.    To the extent the allegations in Paragraph 101 of the Complaint constitute

15  conclusions of law, no responsive pleading is required.  To the extent this paragraph purports to

16  allege facts, FIA denies the allegations in Paragraph 101 as they relate to FIA.  FIA is without

17  knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph

18  101 as to the remaining defendants and, on that basis, denies these allegations.

19         102.    FIA denies the allegations in Paragraph 102 of the Complaint as they relate to FIA.

20  FIA is without knowledge or information sufficient to form a belief as to the truth of the

21  allegations in Paragraph 102 as they relate to the remaining defendants and, on that basis, denies

22  these allegations.

23         103.    FIA denies the allegations in Paragraph 103 of the Complaint as they relate to FIA.

24  FIA is without knowledge or information sufficient to form a belief as to the truth of the

25  allegations in Paragraph 103 as they relate to the remaining defendants and, on that basis, denies

26  these allegations.

27         104.    FIA denies that plaintiffs are entitled to the relief alleged in Paragraph 104 or

28  to any relief whatsoever against FIA.  FIA is without knowledge or information as to plaintiffs'

FREMONT INVESTMENT ADVISORS, INC.'S
ANSWER TO THIRD AMENDED COMPLAINT

1    entitlement to relief as to the remaining defendants and, on that basis, denies these allegations.

2        105.    FIA denies that plaintiffs are entitled to the relief alleged in Paragraph 105 or

3    to any relief whatsoever against FIA. FIA is without knowledge or information as to plaintiffs'

4    entitlement to relief as to the remaining defendants and, on that basis, denies these allegations.

5        106.    FIA denies that plaintiffs are entitled to the relief alleged in Paragraph 106 or

6    to any relief whatsoever against FIA. FIA is without knowledge or information as to plaintiffs'

7    entitlement to relief as to the remaining defendants and, on that basis, denies these allegations.

8        107.    FIA denies that plaintiffs are entitled to the relief alleged in Paragraph 107 or

9    to any relief whatsoever against FIA. FIA is without knowledge or information as to plaintiffs'

10   entitlement to relief as to the remaining defendants and, on that basis, denies these allegations.

11       108.    FIA denies that plaintiffs are entitled to the relief alleged in Paragraph 108 or

12   to any relief whatsoever against FIA. FIA is without knowledge or information as to plaintiffs'

13   entitlement to relief as to the remaining defendants and, on that basis, denies these allegations.

14       109.    FIA denies that plaintiffs are entitled to the relief alleged in Paragraph 109 or

15   to any relief whatsoever against FIA. FIA is without knowledge or information as to plaintiffs'

16   entitlement to relief as to the remaining defendants and, on that basis, denies these allegations.

17       110.    FIA denies that plaintiffs are entitled to the relief alleged in Paragraph 110 or

18   to any relief whatsoever against FIA. FIA is without knowledge or information as to plaintiffs'

19   entitlement to relief as to the remaining defendants and, on that basis, denies these allegations.

20       111.    FIA denies that plaintiffs are entitled to the relief alleged in Paragraph 111 or

21   to any relief whatsoever against FIA. FIA is without knowledge or information as to plaintiffs'

22   entitlement to relief as to the remaining defendants and, on that basis, denies these allegations.

23       112.    FIA repeats and realleges each of its responses to Paragraphs 1 through 111 of the

24   Complaint as though fully set forth herein.

25       113.    FIA denies that plaintiffs are entitled to the relief alleged in Paragraph 113 or

26   to any relief whatsoever against FIA. FIA is without knowledge or information as to plaintiffs'

27   entitlement to relief as to any other defendants and, on that basis, denies these allegations.

28       114.    To the extent the allegations in Paragraph 114 of the Complaint constitute

FREMONT INVESTMENT ADVISORS, INC.'S
ANSWER TO THIRD AMENDED COMPLAINT

Case No. C 06-05566 CRB (EDL)

conclusions of law, no responsive pleading is required. To the extent this paragraph purports to allege facts, FIA denies the allegations in Paragraph 114.

115. FIA denies the allegations in Paragraph 115 of the Complaint.

116. FIA denies the allegations in Paragraph 116 of the Complaint.

117. FIA denies the allegations in Paragraph 117 of the Complaint.

118. FIA denies the allegations in Paragraph 118 of the Complaint.

119. FIA denies the allegations in Paragraph 119 of the Complaint.

120. FIA denies the allegations in Paragraph 120 of the Complaint.

121. FIA denies the allegations in Paragraph 121 of the Complaint.

122. FIA denies that plaintiffs are entitled to the relief alleged in Paragraph 122 or to any relief whatsoever against FIA.

123. FIA denies that plaintiffs are entitled to the relief alleged in their Prayer for Relief or to any relief whatsoever against FIA. FIA is without knowledge or information as to plaintiffs' entitlement to relief as to the remaining defendants and, on that basis, denies these allegations.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Claim)**

124. The Complaint, and each and every purported claim contained therein, is barred, in whole or in part, because it fails to state facts sufficient to state a claim upon which relief can be granted against FIA.

### SECOND AFFIRMATIVE DEFENSE
**(Statute of Limitations)**

125. The Complaint, and each and every purported claim contained therein, is barred, in whole or in part, by all applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE
**(Duplicative Claims for Relief)**

126. Counts II and III fail to state a claim and should be stricken from the Complaint because they are duplicative of Count I.

1

2

### FOURTH AFFIRMATIVE DEFENSE
### (No Fiduciary Duty As To Alleged Harmful Conduct)

3

127.    The Complaint, and each and every purported claim contained therein, fails to

4

state a claim against FIA because FIA was not a Plan fiduciary with respect to the allegedly

5

harmful conduct.

6

### FIFTH AFFIRMATIVE DEFENSE
### (Alleged Conduct Does Not Implicate Plan Assets)

7

128.    The Complaint, and each and every purported claim contained therein, fails to

8

state a claim against FIA because the allegations of breach of fiduciary duty, including allegations

9

regarding revenue sharing arrangements, do not involve plan assets.

10

### SIXTH AFFIRMATIVE DEFENSE
### (No Allegation of a "Taking" of Plan Assets)

11

12

129.    The Complaint, and each and every purported claim contained therein, fails to

13

state a claim against FIA because there is no allegation of a "taking" of plan assets.

14

### SEVENTH AFFIRMATIVE DEFENSE
### (FIA Made Any and All Required Disclosures)

15

16

130.    The Complaint, and each and every purported claim contained therein, fails to

state a claim against FIA because FIA satisfied any and all applicable disclosure requirements.

17

### EIGHTH AFFIRMATIVE DEFENSE
### (Any Breach Occurred Before or After Any Fiduciary Status of FIA)

18

19

131.    The Complaint, and each and every purported claim contained therein, fails to

20

state a claim against FIA because FIA is not liable for any breach that occurred before or after its

21

purported service as a fiduciary.

22

### NINTH AFFIRMATIVE DEFENSE
### (Section 404(c) Safe Harbor)

23

24

132.    The Complaint, and each and every purported claim contained therein, fails to

25

state a claim against FIA because of the hold-harmless provision of ERISA Section 404(c), 29

U.S.C. § 1104 (c).

26

27

28

FREMONT INVESTMENT ADVISORS, INC.'S
ANSWER TO THIRD AMENDED COMPLAINT

### TENTH AFFIRMATIVE DEFENSE
**(Failure to Exhaust Administrative Remedies)**

133.     To the extent that plaintiffs intend to state a claim under ERISA, plaintiffs and the putative class have failed to exhaust their administrative remedies and/or Plan remedies.

### ELEVENTH AFFIRMATIVE DEFENSE
**(Legal Remedy Precludes Injunctive and Equitable Relief)**

134.     The Complaint, and each and every purported claim contained therein, is barred because plaintiffs and the putative class have an adequate and complete remedy at law.

### TWELFTH AFFIRMATIVE DEFENSE
**(Injury Not Caused By FIA)**

135.     The Complaint, and each and every purported claim contained therein, is barred, in whole or in part, because any injury to plaintiffs, other than those due to plaintiffs' own acts and omissions, was directly and proximately caused or contributed to, either in whole or in part, by persons or entities other than FIA over which FIA had no control and for whom or which FIA had no responsibility.

### THIRTEENTH AFFIRMATIVE DEFENSE
**(No Right to Jury Trial)**

136.     Plaintiffs' demand for jury trial should be stricken because there is no right to trial by jury under ERISA.

### FOURTEENTH AFFIRMATIVE DEFENSE
**(Doctrine of Laches)**

137.     The Complaint, and each and every purported claim contained therein, is barred by the doctrine of laches.

### FIFTEENTH AFFIRMATIVE DEFENSE
**(Failure to Mitigate)**

138.     Plaintiffs and the putative class have failed to mitigate or reasonably attempt to mitigate their damages, if any, as required by law.

1    WHEREFORE, FIA prays for judgment as follows:

2        a.    That plaintiffs not be granted any relief by reason of the Complaint;

3        b.    That plaintiffs' claims asserted against FIA be dismissed with

4              prejudice and judgment be entered in favor of FIA;

5        c.    That FIA be awarded attorneys' fees;

6        d.    That FIA be awarded its costs incurred in connection with this suit;

7              and

8        e.    That FIA be awarded such other and further relief as the Court

9              deems just and proper.

10

11   DATED:  April 22, 2008            PAUL, HASTINGS, JANOFSKY & WALKER LLP

12                                     By: *Grace Carter*

13                                         GRACE A. CARTER

14                                     Attorneys for Defendant
15                                     FREMONT INVESTMENT ADVISORS, INC.

16

17

18

19

20

21

22

23   LEGAL_US_W # 58657990.5

24

25

26

27

28

FREMONT INVESTMENT ADVISORS, INC.'S
                                                              ANSWER TO THIRD AMENDED COMPLAINT