SCHLICHTER, BOGARD & DENTON
JEROME J. SCHLICHTER (054513)
DANIEL V. CONLISK (Admitted Pro Hac Vice)
HEATHER LEA (Admitted Pro Hac Vice)
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-7151
jschlichter@uselaws.com
dconlisk@uselaws.com
hlea@uselaws.com

*Attorneys for Plaintiffs and Class Representatives*

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

*Local Attorneys for Plaintiffs and Class Representatives*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated person, and on behalf of the Plan,<br><br>*Plaintiffs*,<br><br>v.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS,<br><br>*Defendants*. | Case No. C 06-05566 CRB (EDL)<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER SETTING BRIEFING SCHEDULE FOR MOTION REGARDING PRIVILEGE LOGS AND FIDUCIARY EXCEPTION TO ATTORNEY CLIENT PRIVILEGE**<br>AS MODIFIED<br><br>The Hon. Elizabeth D. Laporte |

## BACKGROUND

WHEREAS, on May 16, 2008, the Court set a December 1, 2008 trial date for this Action;

1

WHEREAS, the Court's prior orders concerning case scheduling contemplated an initial phase of discovery leading to motions for summary judgment to test the allegations of the Complaint, and additional discovery and trial setting thereafter;

WHEREAS, the Court's prior orders concerning case scheduling included more time to complete discovery than is possible in light of the December 1, 2008 trial date;

WHEREAS, the parties are negotiating a schedule for pretrial case events adapted to the changes resulting from the May 16, 2008 Case Management Conference;

WHEREAS, the parties anticipate depositions being taken as soon as late June 2008, with as many as possible being taken before a mid-August initial expert disclosure deadline still under negotiation;

WHEREAS, defendants have provided plaintiffs with privilege logs withholding from production numerous documents and redaction logs concerning portions of numerous documents on several grounds, including attorney-client privilege;

WHEREAS, plaintiffs believe that documents have been improperly withheld for several reasons, including the fiduciary exception to the attorney-client privilege, and defendants contend that the fiduciary exception does not apply;

WHEREAS, the parties met and conferred on May 28, 2008 concerning their disputes arising from the privilege logs, which was the day following the Bechtel defendants' production of its privilege log and redaction log from its ESI production;

WHEREAS, the parties were unable to reach resolution on all issues raised in that meet and confer session, although they have agreed to keep trying to resolve the issues;

WHEREAS, Magistrate Judge Laporte is unavailable from Thursday, June 19 through June 24, 2008, and Monday, July 7 through Friday, July 17, 2008; and

WHEREAS, the parties agree that prompt resolution of the issues arising from the privilege logs and redaction logs will facilitate the orderly management of the remainder of the case;

WHEREAS, the parties agree that waiting until late July for resolution of the issues arising from the privilege logs and redaction logs would have a negative impact on discovery

1 remaining to be completed in the case; and

2 WHEREAS, out of an abundance of caution, the parties request that this Court set a
3 hearing date on June 26, June 27 or July 1, 2008 in order to preserve the date.

## STIPULATION

**THEREFORE,** the parties, through their counsel of record, hereby stipulate and agree to the following motion schedule for Plaintiffs' motion addressing issues arising from the privilege logs and redaction logs including the fiduciary exception to attorney-client privilege:

1. If the parties are unable to reach resolution on all issues arising from the privilege logs and redaction logs by 5 p.m. Central Time on June 6, 2008, then plaintiffs shall file their motion concerning the privilege logs and redaction logs by June 9, 2008. If resolution is reached on all issues, plaintiffs will promptly notify the Court;

2. Defendants shall file their oppositions to plaintiffs' motion by June 19, 2008;

3. Plaintiffs shall file their reply by June 24, 2008; and

4. The parties request that Magistrate Judge Laporte specially set the motion for hearing on June 26, or June 27, 2008, or hear the motion on her regular motion calendar on July 1, 2008.

**IT IS SO STIPULATED.**

Dated: May 29, 2008

FUTTERMAN & DUPREE LLP
Jamie L. Dupree (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

*Jamie L. Dupree* (signature)
Jamie L. Dupree

SCHLICHTER, BOGARD & DENTON
Jerome J. Schlichter (054513)
Daniel V. Conlisk *(Admitted Pro Hac Vice)*
Heather Lea *(Admitted Pro Hac Vice)*

Attorneys for Plaintiffs

1 | Dated: May 29, 2008 | MORGAN, LEWIS & BOCKIUS LLP

*William Taylor JD as authorized 5/29/08*
D. Ward Kallstrom
William Taylor
Attorneys for Defendants Bechtel Corporation, The Bechtel Trust and Thrift Plan Committee, and Peggi Knox

Dated: May 29, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP

*Grace A. Carter JD as authorized 5/29/08*
Grace A. Carter
Attorneys for Defendant Fremont Investment Advisors, Inc.

### [PROPOSED] ORDER

Having reviewed the parties' Stipulation and [Proposed] Order Setting Briefing Schedule for Motion Regarding Privilege Logs and Fiduciary Exception to Attorney Client Privilege, and good cause appearing

IT IS HEREBY ORDERED:

1. Plaintiffs shall file their motion concerning the privilege logs and redaction logs by June 9, 2008;

2. Defendants shall file their oppositions to plaintiffs' motion by ~~June 19~~ June 17, 2008;

3. Plaintiffs shall file their reply by ~~June 24~~ June 20, 2008; and

4. The Court shall hear the motion at 9:00 a.m./~~p.m.~~ on ~~[June 26, 2008] or [June 27, 2008] or~~ [July 1, 2008].

If the parties are able to resolve the issues arising from the privilege logs and redaction logs, plaintiffs shall promptly so notify the Court.

**IT IS SO ORDERED.**

Dated: May 30, 2008

*IT IS SO ORDERED AS MODIFIED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

FUTTERMAN & DUPREE LLP

4

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PRIVILEGE MOTION
CASE NO. C 06-05566 CRB/EDL