SCHLICHTER, BOGARD & DENTON
JEROME J. SCHLICHTER (054513)
DANIEL V. CONLISK *(Admitted Pro Hac Vice)*
HEATHER LEA *(Admitted Pro Hac Vice)*
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-7151
jschlichter@uselaws.com
dconlisk@uselaws.com
hlea@uselaws.com

*Attorneys for Plaintiffs and Class Representatives*

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

*Local Attorneys for Plaintiffs and Class Representatives*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated person, and on behalf of the Plan,<br><br>          *Plaintiffs,*<br><br>     v.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS,<br><br>          *Defendants.* | Case No. C 06-05566 CRB (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING NEW CASE DEADLINES**<br><br>The Hon. Elizabeth D. Laporte |

## BACKGROUND

WHEREAS, on May 16, 2008, the Court set a December 1, 2008 trial date for this Action;

1  WHEREAS, the Court's prior orders concerning case scheduling contemplated an initial
2  phase of discovery leading to motions for summary judgment to test the allegations of the
3  Complaint, and additional discovery and trial setting thereafter; and

4  WHEREAS, the parties wish to set a schedule for pretrial case events adapted to the
5  changes resulting from the May 16, 2008 Case Management Conference;

## STIPULATION AND ORDER

7  THEREFORE, in light of the December 1, 2008 trial date, the parties, through their
8  counsel of record, hereby stipulate and agree to the following modified case schedule:

9   1.  The subpoena issued to Fremont Investment Advisors, Inc. ("FIA") before it
10 became a defendant in the action shall be deemed to be a request for production of documents
11 under Fed. R. Civ. P 34 and FIA shall complete its production in response to that request for
12 production within the current parameters by June 16, 2008.

13  2.  The following deadlines shall be imposed with respect to fact and expert
14 discovery:

15 Deadline to disclose initial experts:  August 15, 2008 (each party disclosing an initial
16 expert to produce initial expert report and supporting documents in electronic format (i.e. Word,
17 Excel, text files, Access, or other searchable and manipulable format)).

18 Deadline to disclose rebuttal experts:  September 15, 2008.

19 Each party agrees that it shall not object to any supplemental expert reports made if the
20 other side produced pertinent documents later than six days before the applicable disclosure date
21 or if transcripts of depositions taken by the other side are not available at least five days before
22 the applicable expert disclosure date, including supplemental expert reports based on information
23 obtained after the deadline for expert disclosure.

24 The parties agree that all discovery (fact and expert) will end on October 1, 2008. The
25 parties will endeavor to complete as much fact discovery as possible before the initial expert
26 disclosure deadline and will endeavor to serve any document requests or interrogatories of large
27 scope by July 7, 2008.

28

2

3. Summary judgment motions shall be filed by September 19, 2008 for hearing on October 24, 2008, or as soon thereafter as the Court may be available.

**IT IS SO STIPULATED.**

Dated: June 3, 2008

FUTTERMAN & DUPREE LLP
Jamie L. Dupree (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

SCHLICHTER, BOGARD & DENTON
Jerome J. Schlichter (054513)
Daniel V. Conlisk *(Admitted Pro Hac Vice)*
Heather Lea *(Admitted Pro Hac Vice)*

_____/s/ Heather Lea_____
Heather Lea

Attorneys for Plaintiffs

Dated: June 3, 2008

MORGAN, LEWIS & BOCKIUS LLP

_____/s/ William J. Taylor_____
D. Ward Kallstrom
William J. Taylor
Attorneys for Defendants Bechtel Corporation, The Bechtel Trust and Thrift Plan Committee, and Peggi Knox

Dated: June 3, , 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

_____/s/ Grace Carter_____
Grace Carter
Attorneys for Defendant Fremont Investment Advisors

**[~~PROPOSED~~] ORDER**

Having reviewed the parties' Stipulation and [~~Proposed~~] Order Setting New Case Deadlines, and good cause appearing

IT IS HEREBY ORDERED that the above schedule is hereby adopted by the Court as the schedule governing the case deadlines set forth therein.

**IT IS SO ORDERED.**

Dated: June 5, 2008

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*