1  SCHLICHTER, BOGARD & DENTON
   JEROME J. SCHLICHTER (054513)
2  DANIEL V. CONLISK *(Admitted Pro Hac Vice)*
   HEATHER LEA *(Admitted Pro Hac Vice)*
3  100 South Fourth Street, Suite 900
   St. Louis, MO 63102
4  Telephone:  (314) 621-6115
   Facsimile:  (314) 621-7151
5  jschlichter@uselaws.com
   dconlisk@uselaws.com
6  hlea@uselaws.com

7  *Attorneys for Plaintiffs and Class Representatives*

8  FUTTERMAN & DUPREE LLP
   JAMIE L. DUPREE (158105)
9  160 Sansome Street, 17th Floor
   San Francisco, CA 94104
10 Telephone:  (415) 399-3840
   Facsimile:  (415) 399-3838
11 jdupree@dfdlaw.com

12 *Local Attorneys for Plaintiffs and Class Representatives*

13

14                **UNITED STATES DISTRICT COURT**

15               **NORTHERN DISTRICT OF CALIFORNIA**

16                  **SAN FRANCISCO DIVISION**

17 BEVERLY KANAWI and SALVADOR           Case No. C 06-05566 CRB (EDL)
   AQUINO, as representatives of a class of
18 similarly situated person, and on behalf of the   **STIPULATION AND [~~PROPOSED~~]**
   Plan,                                              **ORDER SETTING BRIEFING**
19                                                    **SCHEDULE FOR MOTION**
                    *Plaintiffs,*                     **REGARDING EXPEDITED DISCOVERY**
20                                                    **PROCEDURES**
          v.
21                                                   The Hon. Elizabeth D. Laporte
   BECHTEL CORPORATION, THE BECHTEL
22 TRUST AND THRIFT PLAN COMMITTEE,
   PEGGI KNOX, and FREMONT
23 INVESTMENT ADVISORS,

24                  *Defendants.*

25

26                        **BACKGROUND**

        WHEREAS, on May 16, 2008, the Court set a December 1, 2008 trial date for this
27
   Action;
28

                                  1

1    WHEREAS, the Court's prior orders concerning case scheduling contemplated an initial

2  phase of discovery leading to motions for summary judgment to test the allegations of the

3  Complaint, and additional discovery and trial setting thereafter;

4    WHEREAS, the parties have agreed to, and the Court has ordered a new schedule for

5  pretrial case events which sets the close of fact and expert discovery on October 1, 2008;

6    WHEREAS Plaintiffs anticipate taking follow-up written discovery from both the Bechtel

7  Defendants and FIA;

8    WHEREAS the parties hope to take as many of the fact witness depositions as possible

9  before the disclosure of initial experts on August 15, 2008;

10    WHEREAS Plaintiffs are concerned that there will be discovery disputes between the

11  parties requiring court intervention, and that the time left for discovery is insufficient to have

12  motions resolved concerning those disputes on the court's normal 35-day motion schedule;

13    WHEREAS Plaintiffs are concerned that they will have inadequate time to take follow-up

14  written discovery given the time remaining for discovery under the time frames provided in the

15  Rules of Civil Procedure;

16    WHEREAS Plaintiffs have raised these issues with Defendants, and after meeting and

17  conferring, the parties have been unable to reach agreement concerning expedited discovery

18  procedures;

19    WHEREAS the parties have stipulated to an order shortening time on a motion regarding

20  Defendants' privilege logs which the Court has set to be heard on July 1, 2008;

21    WHEREAS Magistrate Judge Laporte will be unavailable from July 7 through July 18,

22  2008;

23    WHEREAS the parties agree that prompt resolution of the issues raised by Plaintiffs

24  concerning expedited discovery procedures will facilitate the orderly management of the

25  remainder of the case; and

26    WHEREAS, Plaintiffs have proposed and the Defendants have agreed that having the

27  motion filed by June 17, 2008, with opposition due on June 24, 2008, no reply briefing, and a

28  July 1, 2008 9:00 a.m. hearing date (the same date as the motion concerning the Defendants'

1  privilege logs) would be efficient use of the parties' and Court's resources.

2  **STIPULATION**

3  **THEREFORE,** the parties, through their counsel of record, hereby stipulate and agree to

4  the following motion schedule for Plaintiffs' motion for expedited discovery procedures:

5      1.       Plaintiffs shall file their motion concerning the expedited discovery procedures by

6  Tuesday, June 17, 2008;

7      2.       Defendants shall file their oppositions to plaintiffs' motion by June 24, 2008;

8      3.       Plaintiffs shall not file a reply; and

9      4.       The parties jointly request that Magistrate Judge Laporte specially set the motion

10  for hearing on July 1, 2008 at 9:00 a.m., the same time Plaintiffs' motion regarding Defendants'

11  privilege log is set to be heard.

12  **IT IS SO STIPULATED.**

13  Dated: _June 16_, 2008

14                                   FUTTERMAN & DUPREE LLP
Jamie L. Dupree (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 399-3840
Facsimile:  (415) 399-3838
jdupree@dfdlaw.com

18                                   Jamie L. Dupree

19                                   SCHLICHTER, BOGARD & DENTON
Jerome J. Schlichter (054513)
Daniel V. Conlisk *(Admitted Pro Hac Vice)*
Heather Lea *(Admitted Pro Hac Vice)*
Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR EXPEDITED DISCOVERY MOTION
CASE NO. C 06-05566 CRB/EDL

1   Dated: _6/16_____, 2008          MORGAN, LEWIS & BOCKIUS LLP

2

3          _William Taylor JLD_ _as authorized 6/16/08_

4                                    D. Ward Kallstrom
                                     William Taylor
5                                    Attorneys for Defendants Bechtel Corporation, The
                                     Bechtel Trust and Thrift Plan Committee, and Peggi
6                                    Knox

    Dated: _6/16_____, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP
7

8          _Grace A. Carter JLD_ _as authorized 6/16/08_

9                                    Grace A. Carter
                                     Attorneys for Defendant Fremont Investment
10                                   Advisors, Inc.

11                             **[PROPOSED] ORDER**

12          Having reviewed the parties' Stipulation and [Proposed] Order Setting Briefing Schedule

13   for Motion Regarding Expedited Discovery Procedures, and good cause appearing

14          **IT IS HEREBY ORDERED:**

15          1.      Plaintiffs shall file their motion concerning expedited discovery procedures by

16   June 17, 2008;

                                                           June 23, 2008 at 9:00 a.m.
17          2.      Defendants shall file their oppositions to plaintiffs' motion by ~~June 24, 2008~~;

18          3.      Plaintiffs shall not file a reply; and

19          4.      The Court shall hear the motion at 9:00 a.m. on July 1, 2008, the same time as the

20   hearing on Plaintiffs' motion concerning Defendants' privilege logs.

21          **IT IS SO ORDERED.**

22   Dated: ___June 17_____, 2008

23

24   HON. ELIZABETH _____
     UNITED STATES _____ JUDGE
25

26

27

28

FUTTERMAN &
DUPREE LLP