## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**ELIZABETH D. LAPORTE**                                    **Date:  July 1, 2008**
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**      **C-06-05566 CRB (EDL)**

**Title:**        BEVERLY KANAWI v. BECHTEL CORP.

**Attorneys:**    Plaintiffs:    Daniel V. Conlisk,  Jamie L. Dupree, Heather Lea
                  Defendants:  D. Ward Kallstrom, William J. Taylor
                  Dft FIA:  Grace Carter, Lee Kissman

**Deputy Clerk:**      Lili M. Harrell      **Court Reporter:**  Belle Ball
                                            (Time: 23 min)


**PROCEEDINGS:**                                            **RULINGS:**

Plaintiffs' Motions
  - to Compel Production of Documents Wrongfully Withheld          Submitted
    and/or Redacted on the Basis of Relevance and/or Privilege

  - for Expedited Discovery                                        Granted in part


**ORDERED AFTER HEARING:**



**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ ]  Court

**Case Continued to:**

Notes:



cc: