SCHLICHTER, BOGARD & DENTON
JEROME J. SCHLICHTER (054513)
DANIEL V. CONLISK *(Admitted Pro Hac Vice)*
HEATHER LEA *(Admitted Pro Hac Vice)*
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-7151
jschlichter@uselaws.com
dconlisk@uselaws.com
hlea@uselaws.com

*Attorneys for Plaintiffs and Class Representatives*

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

*Local Attorneys for Plaintiffs and Class Representatives*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated person, and on behalf of the Plan,<br><br>Plaintiffs,<br><br>v.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS,<br><br>Defendants. | Case No. C 06-05566 CRB (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FOCUS TOPICS** |

WHEREAS, the Court has previously directed that discovery be limited in accordance with the Focus Topics designed by the parties;

1  WHEREAS, the parties have undertaken substantial discovery in accordance with the
2  Focus Topics;

3  WHEREAS, the Bechtel Defendants have provided broad discovery under the Focus
4  Topics that was essentially the discovery relevant to the allegations in the Second Amended
5  Complaint;

6  WHEREAS Defendant Fremont Investment Advisors, Inc. has provided broad discovery
7  beyond the scope of the Focus Topics;

8  WHEREAS the parties do not desire to redo or revise the discovery that was taken under
9  the Focus Topics; and

10  WHEREAS the parties agree that the filing of the Third Amended Complaint and the
11  setting of the matter for trial beginning December 1, 2008 have made it appropriate to set aside
12  the Focus Topics as a limitation on discovery going forward in the case;

### STIPULATION

14  **THEREFORE,** the parties, through their counsel of record, hereby stipulate and agree:

15  1. The Focus Topics set forth in prior order of the Court will not apply to discovery
16  propounded after May 16, 2008

17  2. Defendants will not assert the limitations of the Focus Topics as objections to
18  what is the relevant scope of discovery propounded after May 16, 2008.

19  **IT IS SO STIPULATED.**

20  Dated: 7/3, 2008

FUTTERMAN & DUPREE LLP
Jamie L. Dupree (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

Jamie L. Dupree

SCHLICHTER, BOGARD & DENTON
Jerome J. Schlichter (054513)
Daniel V. Conlisk *(Admitted Pro Hac Vice)*
Heather Lea *(Admitted Pro Hac Vice)*
Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: 7/3, 2008 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | *William J. Taylor JLD* as authorized 7/3/08 |
| | | William J. Taylor |
| 4 | | Attorneys for Defendants Bechtel Corporation, The Bechtel Trust and Thrift Plan Committee, and Peggi Knox |
| 5 | | |
| 6 | Dated: 7/2, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 7 | | as authorized |
| 8 | | *Grace A. Carter JLD*  7/2/08 |
| | | Grace A. Carter |
| 9 | | Attorneys for Defendant Fremont Investment Advisors, Inc. |

## [~~PROPOSED~~] ORDER

Having reviewed the parties' Stipulation and [Proposed] Regarding Focus Topics, and good cause appearing

**IT IS HEREBY ORDERED:**

1. The Focus Topics set forth in prior order of the Court will not apply to discovery propounded after May 16, 2008

2. Defendants will not assert the limitations of the Focus Topics as objections to what is the relevant scope of discovery propounded after May 16, 2008.

**IT IS SO ORDERED.**

Dated: July 7, 2008

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte