UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY KANAWI, et al.,

    Plaintiffs,

v.

BECHTEL CORP., et al.,

    Defendants.
_____/

No.   C 06-05566 CRB (EDL)

**ORDER SETTING DEADLINE FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO ENLARGE TIME FOR EXPERT DISCOVERY**

On August 11, 2008, Defendants filed a joint motion to enlarge time for expert discovery. Under Civil Local Rule 6-3, Plaintiffs' opposition to this motion is due on August 14, 2008. Time is of the essence in deciding this matter because Defendants' motion relates to a court-ordered deadline for initial expert disclosures on August 15, 2008. Therefore, Plaintiffs shall file their opposition no later than 9:00 a.m. Pacific Standard Time on August 14, 2008.

**IT IS SO ORDERED.**

Dated: August 13, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge