UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY KANAWI, et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>BECHTEL CORP., et al.,<br><br>          Defendants. | No.   C 06-05566 CRB (EDL)<br><br>**ORDER DENYING DEFENDANTS' JOINT MOTION TO ENLARGE TIME FOR EXPERT DISCOVERY** |

    On August 11, 2008, Defendants filed a joint motion to enlarge time for expert discovery. On August 13, 2008, Plaintiffs filed an opposition to that motion and raised a multitude of other discovery-related issues. The Court has carefully reviewed the briefs and supporting documents, and hereby denies Defendants' joint motion.

    Recently, on June 5, 2008, the parties entered into a stipulation to extend the expert discovery deadlines in this case until August 15, 2008 for initial expert disclosures, September 15, 2008 for rebuttal expert disclosures, and October 1, 2008 for the cutoff of expert discovery. Defendants now seek an additional approximately three-week extension of those deadlines. Defendants' proposed extensions would delay initial expert disclosures until September 9, 2008, rebuttal expert disclosures until September 30, 2008, and expert discovery cutoff until October 21, 2008.

    Defendants have waited too long in seeking this extension and have not shown good cause for further delay that would jeopardize the summary judgment and trial schedule. Defendants argue that discovery has recently increased and therefore meaningful expert reports are not possible at this

time.  Missing is any satisfactory explanation for why Defendants have waited until four days before the initial expert disclosure deadline to seek this extension.  Defendants must have anticipated the expert discovery issue earlier than August 11, 2008 when they filed this motion.

Further, Defendants entered into the June 5, 2008 stipulation *after* Plaintiffs' amended complaint and *after* Judge Breyer set the December 1, 2008 trial date, even though Defendants now argue that these events necessitate changing the stipulated deadlines.  The stipulation also expressly contemplates supplemental expert reports, which diminishes Defendants' argument that they are concerned about being ambushed by Plaintiffs' experts in rebuttal reports.  Although Defendants main expressed concern seems to be that Plaintiffs will not be ready to file meaningful expert reports, Plaintiffs oppose the delay of the deadline.  Moreover, Defendants acknowledge that they are considering seeking an extension of the trial date, but have not yet done so.  It is therefore unknown whether Judge Breyer would continue that date.  Extension of the expert discovery deadlines at this time would interfere with the orderly progression of this case through summary judgment and trial as currently scheduled.

Plaintiffs raise a multitude of discovery-related issues that they believe need to be resolved.  The Court declines to address those issues in the context of Defendants' joint motion to enlarge time.  Plaintiffs also suggest appointment of a special master.  The parties shall meet and confer regarding the issue of a special master, and shall file a report to the Court no later than August 22, 2008 on the results of that meet and confer.

**IT IS SO ORDERED.**

Dated: August 14, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge