IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY KANAWI, ET AL., | No. C 06-05566 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| BECHTEL CORP., ET AL., | |
| Defendants. | |

Plaintiffs shall file an opposition to Defendant's discovery objections on or before Tuesday, August 26, 2008.

**IT IS SO ORDERED.**

Dated: August 21, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5566\Privilege Briefing Order.wpd