IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY KANAWI,

    Plaintiff,

v.

BECHTEL CORP.,

    Defendant.

No. C 06-05566 CRB

**ORDER**

On or before Friday, August 29, 2008, Defendant Bechtel shall either: (1) identify the portion of their briefing in which they argued to Judge Laporte that the "fiduciary exception" should not apply to fiduciaries performing settlor functions; or (2) explain why the argument is not waived, see Greenhow v. Secretary of Health & Human Services, 863 F.2d 633, 639 (9th Cir. 1988).

**IT IS SO ORDERED.**

Dated: August 28, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5566\Waiver Order.wpd