**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  BEVERLY KANAWI,                           No. C 06-05566 CRB

12          Plaintiff,                        **ORDER**

13      v.

14  BECHTEL CORP.,

15          Defendant.
                                            /
16

17      In their objections to Judge Laporte's order compelling production, Defendant

18  Fremont Investment Advisors, Inc. (FIA) mistakenly objected to disclosure of document 211

19  when it intended to object to disclosure of document 252.  FIA now requests a review of

20  Judge Laporte's order compelling disclosure of document 252.  The Court has reviewed the

21  document and agrees with Judge Laporte that it must be produced because it relates to the

22  administration of the Bechtel Trust & Thrift Plan.

23  ///

24

25

26

27

28

1    The memo was not intended to advise FIA officials "how far they were in peril," as

2  the advice was provided  well "prior to any threat of suit. . . ." <u>United States v. Mett</u>, 178

3  F.3d 1058, 1063 (9th Cir. 1999).  Accordingly, document 252 must be produced.

4  **IT IS SO ORDERED.**

5

6

7  Dated:   September 5, 2008                                      

                       CHARLES  R. BREYER
                       UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California