**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

| | www.cand.uscourts.gov | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

September 8, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 06-05566 CRB**

**CASE TITLE: BEVERLY KANAWI-v-BECHTEL CORP.**

USCA Case Number:

Dear Sir/Madam:

    Enclosed is the **Notice of Appeal** in the above captioned case.  Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk

                    by:  Maria Loo
                    Case Systems Administrator

cc:  Counsel of Record