1  GRACE A. CARTER (SB# 101610) gracecarter@paulhastings.com
   T. LEE KISSMAN (SB# 233434) leekissman@paulhastings.com
2  ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100

6  Attorneys for Defendant
   FREMONT INVESTMENT ADVISORS, INC.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  | BEVERLY KANAWI and SALVADOR | CASE NO. C 06-05566 CRB (EDL) |
    AQUINO, as representatives of a class of
13  similarly situated persons, and on behalf of
    the Plan,                                    **NOTICE OF APPEAL**
14
                    Plaintiffs,
15
              vs.
16
    BECHTEL CORPORATION, THE
17  BECHTEL TRUST AND THRIFT PLAN
    COMMITTEE, PEGGI KNOX, and
18  FREMONT INVESTMENT ADVISORS,
    INC.,
19
                    Defendants.
20

21

22

23

24

25

26

27

28

NOTICE OF APPEAL

1    Notice is hereby given that Fremont Investment Advisors, Inc., a defendant in the

2    above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit

3    from discovery orders compelling production of privileged documents (Docket Nos. 295 and

4    297), entered in this action on September 3, 2008 and September 5, 2008.

5    DATED:  September 8, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP

6

7                                     By:

8                                          GRACE A. CARTER

9                                     Attorneys for Defendant
                                      FREMONT INVESTMENT ADVISORS, INC.
10

11   LEGAL_US_W # 59904521.1

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -                          NOTICE OF APPEAL

Case No. C 06-05566 CRB (EDL)

1

**CERTIFICATE OF SERVICE**

2

I, Nanette M. Cosentino, declare:

3

I am a citizen of the United States and employed in San Francisco, California. I am over

4

the age of eighteen years and not a party to the within-entitled action. My business address is 55

5

Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441. On September 8,

6

2008, I served a copy of the within document(s):

7

**NOTICE OF APPEAL;**

8

**CIVIL APPEALS DOCKETING STATEMENT; AND**

9

**REPRESENTATION STATEMENT**

10

☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

11

12

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

13

14

☐  by placing the document(s) listed above in a sealed UPS OVERNIGHT envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

15

16

☐  by requesting Nationwide Legal, Inc. to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

17

18

Daniel V. Conlisk, Esq.
Heather Lea, Esq.

19

SCHLICHTER, BOGARD & DENTON
100 South Fourth Street, Suite 900

20

St. Louis, MO 63102

21

Tel: (314) 621-6115
Fax: (314) 621-7151

22

Jamie L. Dupree, Esq.

23

Martin H. Dodd, Esq.
FUTTERMAN & DUPREE LLP

24

160 Sansome Street, 17th Floor

25

San Francisco, CA 94104
Tel: (415) 399-3840

26

Fax: (415) 399-3838

27

Attorneys for Plaintiffs and Class Representatives

28

1    Franklin Brockway Gowdy, Esq.
     William J. Taylor, Esq.
2    Thomas M. Peterson, Esq.
     D. Ward Kallstrom, Esq.
3    Christopher M. Ahearn, Esq.
     MORGAN LEWIS & BOCKIUS LLP
4    One Market, Spear Street Tower
5    San Francisco, CA 94105
     Tel: (415) 442-1000
6    Fax: (415) 442-1001

7    Attorneys for Defendant Bechtel Corporation

8

9    I am readily familiar with the firm's practice of collection and processing correspondence

10   for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

11   day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

12   motion of the party served, service is presumed invalid if postal cancellation date or postage

13   meter date is more than one day after date of deposit for mailing in affidavit.

14   I declare that I am employed in the office of a member of the bar of this court at whose

15   direction the service was made.

16   Executed on September 8, 2008, at San Francisco, California.

17

18                                            Nanette Cosentino

19   LEGAL_US_W # 59070812.1                  Nanette M. Cosentino

20

21

22

23

24

25

26

27

28

     Case No. C 06-05566 (CRB) (EDL)          -2-          CERTIFICATE OF SERVICE