IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY KANAWI,<br><br>    Plaintiff,<br><br>  v.<br><br>BECHTEL CORP.,<br><br>    Defendant.<br>_____/ | No. C 06-05566 CRB<br><br>**ORDER** |

    Defendants' Motion to Shorten Time for hearing on their Motion to Stay or Continue Trial is DENIED. The hearing on Defendants' Motion to Strike Jury Demand is rescheduled for October 3, 2008, at 10 a.m. in Courtroom 8, at the same time that the Court will hear Plaintiff's Motion for Class Certification. The Court will also hold a case management conference at that time.

    **IT IS SO ORDERED.**

Dated: September 9, 2008

                                                          CHARLES R. BREYER<br>                                                           UNITED STATES DISTRICT JUDGE