1  GRACE A. CARTER (SB# 101610) gracecarter@paulhastings.com
   T. LEE KISSMAN (SB# 233434) leekissman@paulhastings.com
2  ERIC A. LONG (SB# 244147) ericlong@paulhastings.com
   MARC A. CENTOR (SB# 252011) marccentor@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
5  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
6
   Attorneys for Defendant
7  FREMONT INVESTMENT ADVISORS, INC.

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12
   | | |
   |---|---|
   | BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated persons, and on behalf of the Plan, | CASE NO. C 06-05566 CRB (EDL) |
   | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SETTING REVISED PAGE LIMITS FOR MOTIONS FOR SUMMARY JUDGMENT OPENING BRIEFS AND OPPOSITION BRIEFS** |
   | vs. | |
   | BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS, INC., | |
   | Defendants. | Honorable Charles R. Breyer |

Case No. C 06-05566 CRB (EDL)

STIPULATION AND [PROPOSED] ORDER
SETTING REVISED MSJ PAGE LIMITS

## STIPULATION

WHEREAS, on September 11, 2008, the Court granted the Administrative Motion of Defendants Bechtel Corporation, the Bechtel Trust & Thrift Plan Administrative Committee, and Peggi Knox (collectively "Bechtel Defendants") filed pursuant to Local Rule 7-11 for an order extending the twenty-five (25) page limit for briefs in support of motions for summary judgment by twenty-five (25) pages (Docket No 337);

WHEREAS, also on September 11, 2008, the parties filed a stipulation and order agreeing, in the alternative, to a forty (40) page limit for summary judgment briefings in this matter;

WHEREAS, on September 12, 2008, counsel for Plaintiffs and counsel for Defendant Fremont Investment Advisors, Inc. ("FIA") met and conferred to extend the page limit for summary judgment briefings and agreed to enlarge all briefs to fifty (50) pages in light of the Court's Order (Docket No. 337) and given the number of discrete issues and the complexity of the case;

WHEREAS, also on September 12, 2008, Plaintiffs and FIA agreed that opening briefs for any motion for summary judgment filed in this matter shall not exceed fifty pages (50), and that any brief in opposition to a motion for summary judgment filed in this matter shall not exceed fifty (50) pages;

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE that any opening brief for a motion for summary judgment filed in this matter shall not exceed fifty (50) pages, and any brief in opposition to a motion for summary judgment filed in this matter shall not exceed fifty (50) pages.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: September 15, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By: _____/s/ Grace A. Carter_____
        GRACE A. CARTER

Attorneys for Defendant
FREMONT INVESTMENT ADVISORS, INC.

DATED: September 15, 2008    MORGAN LEWIS & BOCKIUS LLP

By: _____/s/ D. Ward Kallstrom_____
        D. WARD KALLSTROM

Attorneys for Defendants
BECHTEL CORPORATION, THE BECHTEL TRUST
AND THRIFT PLAN COMMITTEE, PEGGI KNOX

DATED: September 15, 2008    SCHLICHTER, BOGARD & DENTON

By: _____/s/ Heather Lea_____
        HEATHER LEA

Attorneys for Plaintiffs
BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated persons, and on behalf of the Plan

## [PROPOSED] ORDER

**IT IS ORDERED**.

Dated: September _17_, 2008.

_____
Charles R. Breyer
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

LEGAL_US_W # 59950973.1

- 2 -

Case No. C 06-05566 CRB (EDL)    STIPULATION AND [PROPOSED] ORDER SETTING REVISED MSJ PAGE LIMITS