1  RONALD M. OSTER (SB # 57594) ronaldoster@paulhastings.com
   GRACE A. CARTER (SB# 101610) gracecarter@paulhastings.com
2  T. LEE KISSMAN (SB# 233434) leekissman@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100

6  Attorneys for Defendant
   FREMONT INVESTMENT ADVISORS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated persons, and on behalf of the Plan, | Case No. C 06-05566 CRB (EDL) |

**HIGHLY CONFIDENTIAL DECLARATION OF DEBORAH DUNCAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT FREMONT INVESTMENT ADVISORS, INC., AND EXHIBIT A THERETO**

Plaintiffs,

vs.

BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS,

Defendants.

DATE:  October 24, 2008
TIME:  10:00 a.m.
PLACE: Courtroom 8, 19th Floor

Honorable Charles R. Breyer

DOCUMENT SUBMITTED UNDER SEAL

<u>HIGHLY CONFIDENTIAL</u>

Case No. C 06-05566 CRB (EDL)

HIGHLY CONFIDENTIAL DEC. OF
DEBORAH DUNCAN ISO FIA'S MSJ AND
EXHIBIT A THERETO