RONALD M. OSTER (SB # 57594) ronaldoster@paulhastings.com
GRACE A. CARTER (SB# 101610) gracecarter@paulhastings.com
T. LEE KISSMAN (SB# 233434) leekissman@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
FREMONT INVESTMENT ADVISORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated persons, and on behalf of the Plan,<br><br>Plaintiffs,<br><br>vs.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS,<br><br>Defendants. | Case No. C 06-05566 CRB (EDL)<br><br>**HIGHLY CONFIDENTIAL DECLARATION OF CHARLES H. LESEM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT FREMONT INVESTMENT ADVISORS, INC.**<br><br>DATE:     October 24, 2008<br>TIME:     10:00 a.m.<br>PLACE:   Courtroom 8, 19th Floor<br><br>Honorable Charles R. Breyer |

DOCUMENT SUBMITTED UNDER SEAL

<u>HIGHLY CONFIDENTIAL</u>

Case No. C 06-05566 CRB (EDL)

HIGHLY CONFIDENTIAL DEC. OF
CHARLES H. LESEM ISO FIA'S MSJ