MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY, SBN 47918
WILLIAM J. TAYLOR, SBN 72902
JAMI WINTZ MCKEON, SBN 237923
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:       415.442.1000
Fax:      415.442.1001
E-mail: wtaylor@morganlewis.com

Attorneys for Defendants
BECHTEL CORPORATION, THE BECHTEL
TRUST & THRIFT PLAN ADMINISTRATIVE
COMMITTEE, AND PEGGI KNOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI AND SALVADOR AQUINO,<br><br>Plaintiffs,<br><br>vs.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, AND PEGGI KNOX, and FREMONT INVESTMENT ADVISORS,<br><br>Defendants. | Case No. C 06-5566 CRB<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, AND PEGGI KNOX** |

**NOTICE OF MOTION AND MOTION**

TO PLAINTIFFS BEVERLY KANAWI, SALVADOR AQUINO AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 24, 2008, or as soon thereafter as the matter may be heard in the above-captioned courtroom, Defendants Bechtel Corporation ("Bechtel"), the Bechtel Trust & Thrift Plan Committee, and Peggi Knox, by and through their attorneys, will and hereby do move the Court for summary judgment as to plaintiffs' claims pursuant to FRCP 56(b), or in the alternative FRCP 56(d)(1) to establish facts not at issue.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20841108.1

C 06-5566 CRB
NOTICE OF MOTION
FOR SUMMARY JUDGMENT

1  This motion will be based on this notice of motion, the accompanying memorandum and
2  points of authorities, the accompanying declarations of Peggi Knox, Stuart M. Lewis, Susan
3  Grisso, Lynn Soderstrom, David Redo, Avard Walker, W. Foster Wollen, David Foster, Lavina
4  Mehta, Jude Laspa, Al Kirschbaum, Bob Kern, Steven Grenadier, Callan Associates, and any
5  other evidence that will be presented at the hearing on this motion.

6  Dated: September 19, 2008                MORGAN LEWIS & BOCKIUS LLP
                                            *Attorneys for the Bechtel Defendants*

7                                           By     /s/ Jami Wintz McKeon
8                                               Jami Wintz McKeon

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/20841108.1

2

C 06-5566 CRB
NOTICE OF MOTION
FOR SUMMARY JUDGMENT