MORGAN, LEWIS & BOCKIUS LLP
Franklin Brockway Gowdy, State Bar No. 47918
D. Ward Kallstrom, State Bar No. 76937
Thomas M. Peterson, State Bar No. 96011
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
fgowdy@morganlewis.com
dwardkallstrom@morganlewis.com
tmpeterson@morganlewis.com

Attorneys for Defendants
BECHTEL CORPORATION, THE BECHTEL
TRUST & THRIFT PLAN COMMITTEE, and
PEGGI KNOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI AND SALVADOR AQUINO,<br><br>Plaintiffs,<br><br>v.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN ADMINISTRATIVE COMMITTEE, PEGGI KNOX, AND FREMONT INVESTMENT ADVISORS,<br><br>Defendants. | Case No. C 06-5566 CRB<br><br>**DECLARATION OF JUDE LASPA IN SUPPORT OF BECHTEL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**<br><br>Date:     October 24, 2008<br>Time:    10:00 a.m.<br>Place:   Ctrm 8, 19th Floor<br>Judge:  Hon. Charles R. Breyer |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

C 06-5566 CRB
LASPA DECL. ISO BECHTEL DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

# THIS DOCUMENT AND ACCOMPANYING EXHIBITS HAVE BEEN FILED UNDER SEAL