IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY KANAWI,

    Plaintiff,

  v.

BECHTEL CORP.,

    Defendant.
                                    /

No. C 06-05566 CRB

**ORDER**

    The parties are ordered to participate in mediation.  Mediation shall occur during the week of October 13, 2008.

**IT IS SO ORDERED.**

Dated:    September 22, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5566\mediation order.wpd