UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY KANAWI, et al.,

    Plaintiffs,

    v.

BECHTEL CORP., et al.,

    Defendants.
_____/

No.   C 06-05566 CRB (EDL)

**ORDER RE: PLAINTIFFS' SEPTEMBER 19, 2008 LETTER**

    On Friday, September 19, 2008 at 4:08 p.m., Plaintiffs filed a letter regarding the parties' dispute over the scheduling of the deposition of Alan Dachs.  That same day, at 9:03 p.m., Defendant Fremont filed a letter in response.  The Court has carefully reviewed the parties' filings, and hereby denies Plaintiffs' request for an order requiring Defendant Fremont to produce Mr. Dachs for deposition on September 23, 2008.  Based on Mr. Dachs' availability, as stated by Defendant Fremont, the Court orders that Mr. Dachs appear for his court-ordered deposition on or before October 28, 2008.

    **IT IS SO ORDERED.**

Dated: September 22, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge