**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY KANAWI, et al.,

         Plaintiffs,

         v.

BECHTEL CORP., et al.,

         Defendants.

_____/

No.   C 06-05566 CRB (EDL)

**ORDER RE: PLAINTIFFS' SEPTEMBER 25, 2008 LETTER**

On September 25, 2008, Plaintiffs filed a letter regarding a discovery dispute relating to documents that were allegedly inadvertently produced by Defendant Fremont.  Fremont filed a responsive letter on September 26, 2008.  The Court has carefully reviewed the parties' filings, and hereby denies without prejudice Plaintiffs' request that the Court rule that no attorney-client privilege exists as to the documents at issue.  Instead, no later than October 1, 2008, Fremont shall lodge the documents for in camera review.  In addition, Fremont states that the documents are "similar to those currently being placed before the Ninth Circuit Court of Appeals pursuant to FIA's and the Bechtel Defendants' appeals of the order requiring production pursuant to the fiduciary exception." Sept. 26, 2008 letter at 2.  Therefore, with its in camera submission, Fremont shall state, by Bates number if possible, which previously submitted documents are similar to which currently disputed documents.

       **IT IS SO ORDERED.**

Dated: September 29, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge