UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY KANAWI, et al., | |
| Plaintiffs, | No.   C 06-05566 CRB (EDL) |
| v. | **ORDER RE: PLAINTIFFS' SEPTEMBER 26, 2008 LETTER AND THE BECHTEL DEFENDANTS' SEPTEMBER 29, 2008 LETTER** |
| BECHTEL CORP., et al., | |
| Defendants. | |

On September 26, 2008, Plaintiffs filed a letter regarding two discovery disputes. Defendant Fremont filed a letter in response on the same day. On September 29, 2008, the Bechtel Defendants filed a letter regarding one of the disputes raised by Plaintiffs. The Court has carefully reviewed the parties' letters and concludes that the relief sought is premature. With respect to topics five and six of Plaintiffs' Rule 30(b)(6) deposition, Fremont stated that it had provided a proposal to Plaintiffs on September 26, 2008 regarding resolution of this issue. With respect to the depositions of records custodians, Fremont stated that it was reviewing documents to determine whether to stipulate to authentication. In their September 29, 2008 letter seeking to quash Plaintiffs' Rule 30(b)(6) notice seeking a Custodian of Records to authenticate documents, the Bechtel Defendants state that they have proposed a compromise regarding the authentication issue. The Court expects the parties to stipulate to the authenticity of all documents whose genuineness is not reasonably subject to dispute. The parties shall meet and confer immediately regarding Fremont's Rule 30(b)(6) proposal and

United States District Court

For the Northern District of California

1  Defendants' proposals regarding authentication. No later than October 2, 2008, the parties shall file
2  a joint letter explaining the status of these two disputes.
3      **IT IS SO ORDERED.**
4  Dated: September 30, 2008

                                             *Elizabeth D. Laporte*
                                       ELIZABETH D. LAPORTE
                                       United States Magistrate Judge