1   MORGAN, LEWIS & BOCKIUS LLP
     FRANKLIN BROCKWAY GOWDY, SBN 47918
2   D. WARD KALLSTROM, SBN 76937
     WILLIAM J. TAYLOR, SBN 72902
3   JAMI WINTZ MCKEON, SBN 237923
     One Market, Spear Street Tower
4   San Francisco, CA 94105-1126
     Tel:     415.442.1000
5   Fax:    415.442.1001
     E-mail:  fgowdy@morganlewis.com
6             dwkallstrom@morganlewis.com
              wtaylor@morganlewis.com
7             jmckeon@morganlewis.com

8   Attorneys for Defendants
     BECHTEL CORPORATION, THE BECHTEL
9   TRUST & THRIFT PLAN COMMITTEE, AND
     PEGGI KNOX

10

11                 UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14   BEVERLY KANAWI AND SALVADOR       Case No. C 06-5566 CRB-EDL
     AQUINO,
15                     **[PROPOSED]** ORDER GRANTING
               Plaintiffs,     **BECHTEL DEFENDANTS'**
16                     **ADMINISTRATIVE APPLICATION FOR**
             vs.          **AN ORDER TO FILE UNDER SEAL THE**
17                     **BECHTEL DEFENDANTS' OPPOSITION**
     BECHTEL CORPORATION, THE       **TO PLAINTIFFS' MOTION FOR**
18   BECHTEL TRUST & THRIFT PLAN     **PARTIAL SUMMARY JUDGMENT AND**
     COMMITTEE, PEGGI KNOX AND       **IN SUPPORT OF THE BECHTEL**
19   FREMONT INVESTMENT ADVISORS,    **DEFENDANTS' CROSS-MOTION FOR**
                           **PARTIAL SUMMARY JUDGMENT**
20            Defendants.
                        **[CIVIL Local rules 79-5 and 7-11]**

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/20854709.2

C 06-5566 CRB
[PROPOSED] ORDER GRANTING DEFS' ADMIN. APP.
FOR AN ORDER TO FILE UNDER SEAL

1    Having reviewed Defendants Bechtel Corporation ("Bechtel"), The Bechtel Trust & Thrift

2    Plan Committee (the "Committee"), and Peggi Knox ("Knox") (collectively "Bechtel

3    Defendants") Administrative Application for an Order to File Documents Under Seal Documents

4    Related to the Bechtel Defendants' Opposition to Plaintiffs' Motion for Partial Summary

5    Judgment and the Bechtel Defendants' Cross-Motion for Partial Summary Judgment, Documents

6    Related to the Bechtel Defendants' Objections to Factual Assertions Made In Plaintiffs' Motion

7    for Partial Summary Judgment, the Declaration of Christopher Ahearn in Support of the Bechtel

8    Defendants' Application, and the papers submitted by the Bechtel Defendants, the Bechtel

9    Defendants' Motion is hereby GRANTED, and the Court orders the following document sealed:

10    1.    Memorandum and Points of Authorities In Support of the Bechtel Defendants'

11    Opposition to Plaintiffs' Motion for Partial Summary Judgment and In Support of the Bechtel

12    Defendants' Cross-Motion for Partial Summary Judgment.

13    2.    The Bechtel Defendants' Objections to Factual Assertions Made In Plaintiffs'

14    Motion for Partial Summary Judgment.

15    3.    Declaration of Jude Laspa In Support of the Bechtel Defendants' Opposition to

16    Plaintiffs' Motion for Partial Summary Judgment and In Support of the Bechtel Defendants'

17    Cross-Motion for Partial Summary Judgment.

18    4.    Declaration of Christopher M. Ahearn In Support of the Bechtel Defendants'

19    Opposition to Plaintiffs' Motion for Partial Summary Judgment and In Support of the Bechtel

20    Defendants' Cross-Motion for Partial Summary Judgment, and attached Exhibits K through Q.

21    5.    Declaration of Peggi S. Knox In Support of the Bechtel Defendants' Opposition to

22    Plaintiffs' Motion for Partial Summary Judgment and In Support of the Bechtel Defendants'

23    Cross-Motion for Partial Summary Judgment, and attached Exhibits OOO through QQQ.

24

25

26    **IT IS SO ORDERED.**

27    Dated: __October 06____, 2008

28
_____
Hon. Charles R. Breyer
United States District

*IT IS SO ORDERED*

*Judge Charles R. Breyer*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/20854709.2                    1         C 06-5566 CRB
[PROPOSED] ORDER GRANTING DEFS' ADMIN. APP.
FOR AN ORDER TO FILE UNDER SEAL