SCHLICHTER, BOGARD & DENTON
JEROME J. SCHLICHTER (054513)
DANIEL V. CONLISK *(Admitted Pro Hac Vice)*
HEATHER LEA *(Admitted Pro Hac Vice)*
MARK G. BOYKO *(Admitted Pro Hac Vice)*
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-7151
jschlichter@uselaws.com
dconlisk@uselaws.com
hlea@uselaws.com

*Attorneys for Plaintiffs and Class Representatives*

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

*Local Attorneys for Plaintiffs and Class Representatives*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated person, and on behalf of the Plan,<br><br>*Plaintiffs*,<br><br>v.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS,<br><br>*Defendants*. | Case No. C 06-05566 CRB (EDL)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE APPLICATION FOR AN ORDER TO FILE UNDER SEAL<br><br>[CIVIL LOCAL RULES 79-5 AND 7-11]<br><br>Hon. Charles R. Breyer |

On October 3, 2008, Plaintiffs Beverly Kanawi and Salvador Aquino (collectively "Plaintiffs") filed an application for an order pursuant to Civil L. R. 79-5 permitting them to file under seal:

1. Plaintiffs' Opposition to Bechtel Defendants' Motion for Summary Judgment.

2. Exhibits 7-12, 15-40, 42-55, 57-69, 71-78, 80-104, and 106 to the Declaration of Heather Lea ("Lea Decl."), filed herein on October 3, 2008, in support of Plaintiffs' Opposition to Bechtel Defendants' Motion for Summary Judgment ("Opposition to MSJ").

3. Confidential Supplemental Declaration of Edward O'Neal ("O'Neal Decl")

4. Exhibits 1 and 2 to the Declaration of Al Otto ("Otto Decl"), filed herein on October 3, 2008, in support of Plaintiffs' Opposition to Bechtel Defendants' Motion for Summary Judgment ("Opposition to MSJ").

5. Exhibits 1 and 2 to the Declaration of Ross Miller ("Miller Decl"), filed herein on October 3, 2008, in support of Plaintiffs' Opposition to Bechtel Defendants' Motion for Summary Judgment ("Opposition to MSJ").

6. Exhibits 1 and 2 to the Declaration of Paul Kampner ("Kampner Decl"), filed herein on October 3, 2008, in support of Plaintiffs' Opposition to Bechtel Defendants' Motion for Summary Judgment ("Opposition to MSJ").

7. Exhibits 1 and 2 to the Declaration of Steve Pomerantz ("Pomerantz Decl"), filed herein on October 3, 2008, in support of Plaintiffs' Opposition to Bechtel Defendants' Motion for Summary Judgment ("Opposition to MSJ").

8. Exhibits 1 and 2 to the Declaration of David Witz ("Otto Decl"), filed herein on October 3, 2008, in support of Plaintiffs' Opposition to Bechtel Defendants' Motion for Summary Judgment ("Opposition to MSJ").

9. Exhibits 1 and 2 to the Declaration of Edward O'Neal ("O'Neal Decl"), filed herein on October 3, 2008, in support of Plaintiffs' Opposition to Bechtel Defendants' Motion for Summary Judgment ("Opposition to MSJ").

The parties previously stipulated to the entry of a protective order in this case, which the Court entered on May 29, 2007 (the "Protective Order") (Docket #81). Defendants produced a

number of documents which they designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" under the Protective Order. Among the documents designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" were the above documents which Plaintiffs have cited and relied upon in the Opposition to MSJ..

The Court having considered Plaintiffs' application and for good cause shown,

IT IS HEREBY ORDERED that the application is GRANTED and the above listed documents shall be filed under seal pursuant to Civil L.R.79-5.

Dated:  October 06        , 2008            _____
                                            Hon. Charles R. Breyer
                                            United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer* (United States District Court, Northern District of California seal)

1

PLAINTIFFS' NOTICE OF AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS WRONGFULLY WITHHELD AND/OR REDACTED ON THE BASIS OF RELEVANCE AND/OR PRIVILEGE
CASE NO. C 06-05566 CRB/EDL