RONALD M. OSTER (SB # 57954) ronaldoster@paulhastings.com
GRACE A. CARTER (SB# 101610) gracecarter@paulhastings.com
T. LEE KISSMAN (SB# 233434) leekissman@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
FREMONT INVESTMENT ADVISORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated persons, and on behalf of the Plan,<br><br>Plaintiffs,<br><br>vs.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS, INC.,<br><br>Defendants. | CASE NO. C 06-05566 CRB (EDL)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT FREMONT INVESTMENT ADVISORS, INC.'S ADMINISTRATIVE APPLICATION FOR AN ORDER TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF FREMONT INVESTMENT ADVISORS, INC.'S MOTION FOR SUMMARY JUDGMENT<br><br>DATE: October 24, 2008<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 8, 19th Floor<br><br>Honorable Charles R. Breyer |

1  Having reviewed Defendant Fremont Investment Advisors, Inc.'s ("FIA")
2  Administration Application for an Order to File Documents Under Seal in Support of Fremont
3  Investment Advisors, Inc.'s Motion for Summary Judgment, and the papers submitted by FIA,
4  FIA's Motion is hereby GRANTED, resulting in the following:

The Court orders the following documents sealed:

- FIA's Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof (Docket No. 366) is Confidential under Sections 2.3, 2.4 and 5 of the Stipulated Protective Order.

IT IS SO ORDERED.

Dated:  october 8, 2008

_____
Charles R. Breyer
United States District Judge

LEGAL_US_W # 60135578.1