SCHLICHTER, BOGARD & DENTON
JEROME J. SCHLICHTER (054513)
DANIEL V. CONLISK *(Admitted Pro Hac Vice)*
HEATHER LEA *(Admitted Pro Hac Vice)*
MARK G. BOYKO *Admitted Pro Hac Vice)*
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone:  (314) 621-6115
Facsimile:  (314) 621-7151
jschlichter@uselaws.com
dconlisk@uselaws.com
hlea@uselaws.com

*Attorneys for Plaintiffs and Class Representatives*

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
JAIME E. GODIN (233187)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 399-3840
Facsimile:  (415) 399-3838
jdupree@dfdlaw.com

*Local Attorneys for Plaintiffs and Class Representatives*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated person, and on behalf of the Plan,<br><br>*Plaintiffs*,<br><br>v.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS,<br><br>*Defendants*. | Case No. C 06-05566 CRB (EDL)<br><br>**PLAINTIFFS' ADMINISTRATIVE APPLICATION FOR AN ORDER TO FILE UNDER SEAL PLAINTIFFS' NOTICE OF MOTION AND RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>[CIVIL Local Rules 79-5 and 7-11]<br><br>The Hon. Charles R. Breyer |

Plaintiffs Beverly Kanawi and Salvador Aquino (hereafter "Plaintiffs") hereby apply for an administrative order under Civil Local Rules 79-5 and 7-11 for an order to file under seal Plaintiffs' Notice of Motion and Renewed Motion For Class Certification, filed as Court Document 285.  The parties stipulated to the entry of a Protective Order in this case, which the Court entered on May 29, 2007.  Ct. Doc. 81.  Under the terms of the Protective Order, a party may designate documents or testimony as "confidential" or "highly confidential—attorney's eyes only." *Id*.

Although Plaintiffs believe the Motion did not need to be filed under seal, Defendants Bechtel Corporation, The Bechtel Trust & Thrift Plan Committee, and Peggi Knox, have requested we do so by email sent on October 6, 2008.

For the reasons stated above, Plaintiffs now respectfully request Plaintiffs' Notice of Motion And Renewed Motion For Class Certification, Court Document 285, be filed under seal and removed from the public record.

Dated:  October 7, 2008             SCHLICHTER, BOGARD & DENTON

/s/ Heather Lea
Jerome J. Schlichter (054513)
Daniel V. Conlisk *(Admitted Pro Hac Vice)*
Heather Lea *(Admitted Pro Hac Vice)*
Mark G. Boyko *(Admitted Pro Hac Vice)*
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone:  (314) 621-6115
Facsimile:  (314) 621-7151
hlea@uselaws.com
jschlichter@uselaws.com
dconlisk@uselaws.com

FUTTERMAN & DUPREE LLP
Jamie L. Dupree (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
jdupree@dfdlaw.com

ATTORNEYS FOR PLAINTIFFS Beverly Kanawi and Salvador Aquino as representatives of a class of similarly situated persons, and on behalf of the Plan

| | |
|---|---|
| 1 | SCHLICHTER, BOGARD & DENTON |
| | JEROME J. SCHLICHTER (054513) |
| 2 | DANIEL V. CONLISK *(Admitted Pro Hac Vice)* |
| | HEATHER LEA *(Admitted Pro Hac Vice)* |
| 3 | MARK G. BOYKO *Admitted Pro Hac Vice)* |
| | 100 South Fourth Street, Suite 900 |
| 4 | St. Louis, MO 63102 |
| | Telephone: (314) 621-6115 |
| 5 | Facsimile: (314) 621-7151 |
| | jschlichter@uselaws.com |
| 6 | dconlisk@uselaws.com |
| | hlea@uselaws.com |
| 7 | |
| | *Attorneys for Plaintiffs and Class Representatives* |
| 8 | |
| | FUTTERMAN & DUPREE LLP |
| 9 | JAMIE L. DUPREE (158105) |
| | JAIME E. GODIN (233187) |
| 10 | 160 Sansome Street, 17th Floor |
| | San Francisco, CA 94104 |
| 11 | Telephone: (415) 399-3840 |
| | Facsimile: (415) 399-3838 |
| 12 | jdupree@dfdlaw.com |

*Local Attorneys for Plaintiffs and Class Representatives*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated person, and on behalf of the Plan,<br><br>            Plaintiffs,<br><br>      v.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS,<br><br>            *Defendants*. | Case No. C 06-05566 CRB (EDL)<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE APPLICATION FOR AN ORDER TO FILE UNDER SEAL PLAINTIFFS' NOTICE OF MOTION AND RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>[CIVIL Local Rules 79-5 and 7-11]<br><br>The Hon. Charles R. Breyer |

Having reviewed Plaintiffs' Administrative Application To File Under Seal Plaintiffs' Notice of Motion And Renewed Motion For Class Certification and the Declaration of Daniel V. Conlisk in Support of Plaintiffs' Administrative Application For an Order to File Under Seal Plaintiffs' Notice of Motion And Renewed Motion For Class Certification, Plaintiffs' Motion is hereby GRANTED, resulting in the following:

1. The Court orders Court Document 285, Plaintiffs' Notice of Motion And Renewed Motion For Class Certification, sealed and removed from the public record.

**IT IS SO ORDERED.**

Dated: ___October 8___, 2008



Hon. Charles R. Breyer
United States District Judge