1  SCHLICHTER, BOGARD & DENTON
   JEROME J. SCHLICHTER (054513)
2  DANIEL V. CONLISK *(Admitted Pro Hac Vice)*
   HEATHER LEA *(Admitted Pro Hac Vice)*
3  MARK G. BOYKO *(Admitted Pro Hac Vice)*
   100 South Fourth Street, Suite 900
4  St. Louis, MO 63102
   Telephone:  (314) 621-6115
5  Facsimile:  (314) 621-7151
   jschlichter@uselaws.com
6  dconlisk@uselaws.com
   hlea@uselaws.com
7
   *Attorneys for Plaintiffs and Class Representatives*
8
   FUTTERMAN & DUPREE LLP
9  JAMIE L. DUPREE (158105)
   160 Sansome Street, 17th Floor
10 San Francisco, CA 94104
   Telephone:  (415) 399-3840
11 Facsimile:  (415) 399-3838
   jdupree@dfdlaw.com
12
   *Local Attorneys for Plaintiffs and Class Representatives*
13

14                 **UNITED STATES DISTRICT COURT**

15               **NORTHERN DISTRICT OF CALIFORNIA**

16                  **SAN FRANCISCO DIVISION**

17

18 BEVERLY KANAWI and SALVADOR          Case No. C 06-05566 CRB (EDL)
   AQUINO, as representatives of a class of
   similarly situated person, and on behalf of the  ~~**PROPOSED**~~ **ORDER FOR**
19 Plan,                                 **STIPULATION AND MOTION FOR**
                                         **POSTPONEMENT OF MEDIATION**
20            *Plaintiffs*,
                                         Judge:        Hon. Charles R. Breyer
21        v.

22 BECHTEL CORPORATION, THE BECHTEL
   TRUST AND THRIFT PLAN COMMITTEE,
23 PEGGI KNOX, and FREMONT
   INVESTMENT ADVISORS,
24
            *Defendants*.
25

26

27

28
                                    1

1    All parties' Motion for Postponement of Mediation until after this Court's ruling on the

2  pending motions for class certification and for summary judgment is hereby granted.  This

3  Court's mediation order will be modified to set mediation at a later date.

4    IT IS SO ORDERED.

5

6  Dated this _8th_ day of _ October _, 2008.



7    CHARLES R. BREYER
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2