UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY KANAWI, et al.,

      Plaintiffs,

      v.

BECHTEL CORP., et al.,

      Defendants.
_____/

No.   C 06-05566 CRB (EDL)

**ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL OCTOBER 31, 2008 LETTER**

On October 31, 2008, Plaintiffs submitted a letter setting forth several discovery disputes, and an administrative motion seeking to file that letter under seal. The Court's review of the letter reveals that it may not be entirely sealable pursuant to Civil Local Rule 79-5. Therefore, Plaintiffs' Administrative Motion to Seal is denied without prejudice, and Plaintiffs should meet and confer with Defendants and re-file an administrative motion to seal that is narrowly tailored to seal only the sealable portions of the letter. Despite the Court's denial of Plaintiff's administrative motion, Defendants shall file a substantive response to Plaintiffs' letter no later than November 5, 2008 at noon.

**IT IS SO ORDERED.**

Dated: November 4, 2008

                                        _____
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge