UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY KANAWI, et al.,

        Plaintiffs,

        v.

BECHTEL CORP., et al.,

        Defendants.

        No. C 06-05566 CRB (EDL)

**ORDER REQUIRING RESPONSE FROM PLAINTIFFS**

On October 31, 2008, Plaintiffs submitted a letter setting forth several discovery disputes. On November 5, 2008, Defendant Bechtel filed a response, arguing that Plaintiffs' request for discovery in the October 31, 2008 letter is moot as a result of Judge Breyer's November 3, 2008 summary judgment order. Bechtel also states that the Riley Bechtel deposition has been cancelled so Plaintiffs' request for court assistance on November 11, 2008 is no longer necessary. No later than November 10, 2008 at 9:00 a.m., Plaintiffs shall file a responsive letter, no longer than two pages, addressing the issues raised by Bechtel. Although it may be a moot point, the Court notes that November 11, 2008 is a federal holiday, so the Court will not be available on that date.

**IT IS SO ORDERED.**

Dated: November 5, 2008

                                      ELIZABETH D. LAPORTE
                                      United States Magistrate Judge