Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: 415.442.1000
Fax: 415.442.1001
www.morganlewis.com



**Morgan Lewis**
COUNSELORS AT LAW

**Jami Wintz McKeon**
Partner
415.442.1405
jmckeon@MorganLewis.com

November 14, 2008

**VIA E-MAIL**

Magistrate Judge Joseph C. Spero
United States District Court
450 Golden Gate Avenue,
Courtroom A, 15th Floor
San Francisco, CA 94102

Re:   *Kanawi v. Bechtel Corp.*, Case No. C 06-05566 CRB

Dear Judge Spero:

I write at the suggestion of Karen Hom of your office regarding the settlement conference in the *Kanawi v. Bechtel* case, scheduled on Thursday, November 20.

During the scheduling call yesterday, Your Honor directed that counsel should bring to the conference a party representative with authority to settle the issue that was referred by Judge Breyer. As directed, we confirmed our clients' availability on November 20, and so advised plaintiffs' counsel.

Yesterday evening we received a copy of the Order Scheduling Conference and noted the direction that a representative of the insurance carrier for any party should also be present. We have been able to arrange for the participation of a carrier representative by telephone, but the representative cannot appear in person on November 20 due to a previously scheduled commitment. Because we would all prefer to move forward on November 20, we hope this is acceptable. Your Honor has permitted the plaintiffs to be available by telephone rather than in person. Because the matter before Your Honor may not even require the involvement of the



Magistrate Judge Joseph C. Spero
November 14, 2008
Page 2

insurance carrier, and because we will arrange for the insurance representative to be on telephonic standby in the event his participation is required, we hope this will be acceptable.

Respectfully yours,

*Jami W. McKeon by JTS*

Jami Wintz McKeon
JWM/cg

c: Heather Lea, counsel for plaintiffs
   G. Carter, counsel for Fremont

Dated: Nov. 17, 2008



IT IS SO ORDERED
Judge Joseph C. Spero