**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEVERLY KANAWI, ET AL.,                          No. C06-5566 CRB (JCS)

        Plaintiff(s),                 **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

    v.

BECHTEL CORP., ET AL.,

        Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that a Further Settlement Conference is scheduled for **March 3, 2009, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

    Lead trial counsel, the parties, and persons having unlimited authority to negotiate and settle the case shall appear, **in person**, at the Settlement Conference.

    The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

    IT IS SO ORDERED.

Dated:  February 10, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge