1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated persons, and on behalf of the Plan,<br><br>Plaintiffs,<br><br>vs.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS, INC.,<br><br>Defendants. | Case No. C 06-05566 CRB (EDL)<br><br>[~~PROPOSED~~] **FINAL JUDGMENT**<br><br>Hon. Charles R. Breyer |

This matter having come before the Court for hearing on October 24, 2008 on the Motion for Partial Summary Judgment filed by Plaintiffs, on the Motion for Summary Judgment filed by Defendants Bechtel Corporation, The Bechtel Trust and Thrift Plan Committee, and Peggi Knox (the "Bechtel Defendants"), and on the Motion for Summary Judgment filed by Defendant Fremont Investment Advisors, Inc.; and

This Court having issued an Order Re: Summary Judgment on November 3, 2008, denying Plaintiffs' Motion for Partial Summary Judgment and granting and denying Defendants' Motions for Summary Judgment, leaving a single remaining claim to be decided; and

The parties having reached a settlement, following a mediation before Magistrate Judge Joseph C. Spero, of the sole remaining claim, defined as set forth in the Settlement Agreement dated as of March 3, 2009 (the "Claim"), and having agreed in such Settlement Agreement that Plaintiffs would dismiss the Claim without prejudice; and

The Court having heard on ____April 17_, 2009 Plaintiff's motion for approval of the Settlement Agreement, for dismissal without prejudice of the Claim, and for entry of final judgment, and having on ____April 17, 2009 issued an Order Granting Plaintiffs' Motion to Dismiss Without Prejudice, to Approve Settlement Agreement, and to Enter Final Judgment;

THEREFORE,

Based on all papers filed and proceedings had herein and otherwise being fully informed of the premises and good cause appearing therefor, it is hereby ORDERED, ADJUDGED AND DECREED that final judgment is hereby entered on the November 3, 2008 Order and in accordance with the terms set forth above. It is the Court's intent to create hereby a final, appealable order.

DATED: _____April 17, 2009__   By:_____
                                    HONORABLE CHARLES R. BREYER

1
2
3
4
5
6
7
8
9
10
11
12

13 [Proposed] Final Judgment Jointly Submitted by:

14 Dated: ~~January~~ Mar. 3, 2009

15 SCHLICHTER, BOGARD & DENTON

16 *[signature]*

17 Jerome J. Schlichter (0545143)
Daniel V. Conlisk (admitted *pro hac vice*)
18 Heather Lea (admitted *pro hac vice*)
100 South Fourth Street, Suite 900
19 St. Louis, MO 63102
Telephone: (314) 621-6115
20 Facsimile: (314) 621-7151

21
22 FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
23 160 Sansome Street, 17th Floor
San Francisco, California 94104
24 Telephone: (415) 399-3840
Facsimile: (415) 399-3838
25 E-mail: jdupree@dfdlaw.com

26 Attorneys for Plaintiffs and Class Representatives

27
28

Case No. C 06-05566 CRB (EDL)

- 2 -

[PROPOSED] FINAL JUDGMENT

1  Dated: ~~January~~ March 3, 2009   MORGAN, LEWIS & BOCKIUS LLP

*/s/ William J. Taylor*

Franklin Brockway Gowdy
D. Ward Kallstrom
William J. Taylor
Jami Wintz McKeon
One Market
San Francisco, CA 94105
Tel. (415) 442-1000
Facsimile: (415) 442-1001
Email: **fgowdy@morganlewis.com**

Attorneys for Bechtel Defendants

Dated: ~~January~~ March 3, 2009   PAUL, HASTINGS, JANOFSKY & WALKER LLP

*/s/ Grace Carter*

Grace A. Carter
T. Lee Kissman
55 Second Street, 24th Floor
San Francisco, California 94105
Tel. (415) 856-7000
Facsimile: (415) 856-7100
Email: **gracecarter@paulhastings.com**

Attorneys for Defendant
Fremont Investment Advisors, Inc.

LEGAL_US_W # 60815576.2

Case No. C 06-05566 CRB (EDL)                    - 3 -                    [PROPOSED] FINAL JUDGMENT