| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| | FRANKLIN BROCKWAY GOWDY, SBN 47918 |
| 2 | D. WARD KALLSTROM, SBN 76937 |
| | WILLIAM J. TAYLOR, SBN 72902 |
| 3 | JAMI WINTZ MCKEON, SBN 237923 |
| | One Market, Spear Street Tower |
| 4 | San Francisco, CA 94105-1126 |
| | Tel:    415.442.1000 |
| 5 | Fax:    415.442.1001 |
| | E-mail: fgowdy@morganlewis.com |
| 6 |         dwkallstrom@morganlewis.com |
| |         wtaylor@morganlewis.com |
| 7 |         jmckeon@morganlewis.com |

Attorneys for Defendants
BECHTEL CORPORATION, THE BECHTEL
TRUST & THRIFT PLAN COMMITTEE, AND
PEGGI KNOX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY KANAWI AND SALVADOR AQUINO, | Case No. C 06-5566 CRB-EDL |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING BECHTEL DEFENDANTS' ADMINISTRATIVE APPLICATION FOR AN ORDER TO FILE UNDER SEAL DOCUMENTS RELATED TO THE BECHTEL DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN COMMITTEE, PEGGI KNOX AND FREMONT INVESTMENT ADVISORS, | |
| Defendants. | **[CIVIL Local rules 79-5 and 7-11]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/20862340.1

C 06-5566 CRB
[PROPOSED] ORDER GRANTING DEFS' ADMIN. APP.
FOR AN ORDER TO FILE UNDER SEAL

1  Having reviewed Defendants Bechtel Corporation ("Bechtel"), The Bechtel Trust & Thrift Plan Committee (the "Committee"), and Peggi Knox ("Knox") (collectively "Bechtel Defendants") Administrative Application for an Order to File Documents Under Seal Documents Related to the Bechtel Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, Documents Related to the Bechtel Defendants' Objections to Factual Assertions Made In Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, the Declaration of Sacha M. Steenhoek in Support of the Bechtel Defendants' Application, and the papers submitted by the Bechtel Defendants, the Bechtel Defendants' Motion is hereby GRANTED, and the Court orders the following document sealed:

1. Memorandum and Points of Authorities In Support of the Bechtel Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

2. The Bechtel Defendants' Objections to Factual Assertions Made In Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. Declaration of Sacha M. Steenhoek In Support of the Bechtel Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, and attached Exhibits A through F.

4. Declaration of Peggi S. Knox In Support of the Bechtel Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, and attached Exhibits RRR through TTT.

5. Declaration of David S. Foster, Esq., and attached Exhibit A.

**IT IS SO ORDERED.**

Dated: May 13, 2009

Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

DB2/20862340.1

1

C 06-5566 CRB
[PROPOSED] ORDER GRANTING DEFS' ADMIN. APP.
FOR AN ORDER TO FILE UNDER SEAL