MORGAN, LEWIS & BOCKIUS LLP
D. Ward Kallstrom, State Bar No. 76937
William J. Taylor, State Bar No. 72902
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

*Attorneys for Defendants Bechtel Corporation, The Bechtel Trust & Thrift Plan Administrative Committee, And Peggi Knox*

U.S. DEPARTMENT OF LABOR
OFFICE OF THE SOLICITOR
PLAN BENEFITS SECURITY DIVISION
Elizabeth Hopkins (D.C. Bar 405110)
Robert L. Furst (D.C. Bar 347211)
P.O. Box 1914
Washington, DC 20013-1914
Tel: 202-693-5626
Fax: 202-693-5610

*Attorneys For Proposed Intervenor Secretary Of Labor*

PAUL HASTINGS
Grace Carter, State Bar No. 101610
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
Tel: 415-856-7000
Fax: 415-856-7100

*Attorneys for Defendants Fremont Investment Advisors*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI AND SALVADOR AQUINO,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST & THRIFT PLAN COMMITTEE, PEGGI KNOX AND FREMONT INVESTMENT ADVISORS,<br><br>　　　　Defendants. | Case No. C 06-5566 CRB-EDL<br><br>**STIPULATION, REQUEST, AND [PROPOSED] ORDER TO CONTINUE HEARING, SUBJECT TO RE-NOTICE, OF MOTION TO INTERVENE AND MODIFY PROTECTIVE ORDER**<br><br>Hearing Date:　June 12, 2009<br>Time:　　　　10:00 a.m.<br>Courtroom:　Hon. Charles R. Breyer |

The parties hereto agree and act as follows.

1. The United States Department of Labor (hereinafter "DOL") filed a Motion to Intervene and Modify Protective Order (hereinafter "Motion") noticed for hearing on June 12, 2009.

2. The DOL and Defendants Fremont Investment Advisors, Inc. (hereinafter "FIA") and the Bechtel Corporation, the Bechtel Trust & Thrift Plan Committee, and Peggi Knox (collectively hereinafter "Bechtel Defendants") have been diligently discussing a negotiated resolution of the Motion, have made substantial progress, but need more time to complete their negotiations.

3. The further briefing on the Motion is presently due on Friday, May 22, 2009 (opposition) and Friday, May 29, 2009 (reply).

4. The DOL, FIA, and the Bechtel Defendants believe that continuing the June 12, 2009 hearing on the Motion will give them the realistic prospect of resolving the Motion without the necessity of further briefing, or taking up the Court's time.

THEREFORE, in accord with Local Rules 6-1 and 7-7,

1. DOL, as the moving party, hereby gives notice in advance of the filing of opposition papers that its pending Motion is taken off calendar subject to being re-noticed by DOL as necessary at a future time.

2. The parties hereto agree that this Court retains jurisdiction to entertain the DOL's Motion even if a Notice of Appeal is hereafter filed from the judgment entered in this case.

3. DOL, FIA, and the Bechtel Defendants stipulate and agree that they will cooperate, and take those actions that may be necessary in the future, to assure that this Court has jurisdiction to decide DOL's Motion, should it become necessary for the DOL to renotice that Motion.

///
///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21123844.2                                  1.
STIPULATION, REQUEST AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO
INTERVENE AND MODIFY PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Dated: May 21, 2009 | ELIZABETH HOPKINS<br>Counsel for Appellate and Special Litigation |

By    */s/ Elizabeth Hopkins*
      Elizabeth Hopkins
      Senior Trial Attorney
      Plan Benefits Security Division
      Office of the Solicitor
      U.S. Department of Labor
      P.O. Box 1914
      Washington, DC  20013-1914

      Attorneys for Proposed Intervenor
      Secretary of Labor

Dated: May 21, 2009                       PAUL, HASTINGS, JANOFSKY,
                                                              & WALKER LLP

By    */s/ Grace Carter*
      Grace Carter
      Attorneys for Defendant FIA

Dated: May 21, 2009                       MORGAN, LEWIS & BOCKIUS LLP

By    */s/ D. Ward Kallstrom*
      D. Ward Kallstrom
      Attorneys for Bechtel Defendants

///

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21123844.2                       2

STIPULATION, REQUEST AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO
INTERVENE AND MODIFY PROTECTIVE ORDER

1  **IT IS SO ORDERED**

3       May  26 , 2009



_____
Hon. Charles R. Breyer
United States District Judge

DB2/21123844.2                                  3
STIPULATION, REQUEST AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO INTERVENE AND MODIFY PROTECTIVE ORDER

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO