FILED

JUL 15 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BEVERLY KANAWI; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> BECHTEL CORPORATION; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> FREMONT INVESTMENT ADVISORS, <br><br> Defendant. | No. 08-16980 <br><br> D.C. No. 3:06-cv-05566-CRB <br> Northern District of California, <br> San Francisco <br><br><br> ORDER |
| BEVERLY KANAWI; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> BECHTEL CORPORATION; et al., <br><br> Defendants, <br><br> and <br><br> FREMONT INVESTMENT ADVISORS, <br><br> Defendant - Appellant. | No. 08-16997 <br><br> D.C. No. 3:06-cv-05566-CRB <br> Northern District of California, <br> San Francisco |

GS 7/13/09/Pro Mo

Nos. 08-16980 & 08-16997

The stipulation to dismiss the consolidated appeals, Nos. 08-16980 and 08-16997, under Federal Rules of Appellate Procedure 42(b) is granted. The costs shall be allocated pursuant to the stipulation. A copy of this order shall act as and for the mandate of this court.

    For the Court:

    MOLLY C. DWYER
    Clerk of Court

    Grace S. Santos
    Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note to Rule 27
      and Ninth Circuit 27-10

GS 7/13/09/Pro Mo