

**FILED**

DEC 21 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated persons, and on behalf of the Plan, | No. 09-16253 |
| | D.C. No. 3:06-cv-05566-CRB Northern District of California, San Francisco |
| Plaintiffs - Appellants, | |
| v. | ORDER |
| BECHTEL CORPORATION; et al., | |
| Defendants - Appellees. | |

Before: Peter L. Shaw, Appellate Commissioner

Appellants' motion for leave to file an oversized opening brief is granted. The opening brief submitted on November 20, 2009 is ordered filed.

The answering brief is due 30 days after the date of this order.

The optional reply brief is due within 14 days after service of the answering brief.