SCHLICHTER, BOGARD & DENTON
JEROME J. SCHLICHTER (054513)
HEATHER LEA *(Admitted Pro Hac Vice)*
MARK G. BOYKO *(Admitted Pro Hac Vice)*
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-7151
jschlichter@uselaws.com
hlea@uselaws.com
mboyko@uselaws.com

*Attorneys for Plaintiffs and Class Representatives*

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

*Local Attorneys for Plaintiffs and Class Representatives*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated person, and on behalf of the Plan,<br><br>*Plaintiffs*,<br><br>v.<br><br>BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS,<br><br>*Defendants*. | Case No. C 06-05566 CRB (EDL)<br><br>**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Hon. Charles R. Breyer |

# JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

The Plaintiffs Beverly Kanawi and Salvador Aquino and Defendants Bechtel Corporation, the Bechtel Trust and Thrift Plan Committee, Peggi Knox, and Fremont Investment Advisors, Inc. (collectively, the "Parties")  respectfully file this Motion under Rule 23(e) of the Federal Rules of Civil Procedure for preliminary approval of a Class Settlement.

1. This action was originally filed in this Court on September 11, 2006.  The original Complaint, as well as the First Amended Complaint, filed on November 9, 2006, the Second Amended Complaint, filed on March 23, 2007, and the Third Amended Complaint, filed on March 17, 2008, allege that the Defendants breached their fiduciary duties under ERISA and engaged in prohibited transactions.

2. On December 14, 2006, Plaintiffs filed their Motion for Class Certification.  On May 15, 2007, the Court deferred its decision on the Motion.  On August 28, 2008, Plaintiffs filed their Renewed Motion for Class Certification, which the Court granted on October 10, 2008.

3. On November 3, 2008, the Court entered its Order on Summary Judgment, granting the Defendants' Motion for Summary Judgment on all of Plaintiffs' claims except for a portion of one prohibited transaction claim covering a four month period.

4. On April 17, 2009, the Court approved the Parties' settlement of the remaining claim and entered final judgment.  On June 15, 2009, Plaintiffs timely filed their Notice of Appeal.

5. As of June 29, 2010, the Plaintiffs' appeal was fully briefed by both Plaintiffs and Defendants.  Oral argument was scheduled for October 8, 2010 in the Court of Appeals.

6. On October 6, 2010, after mediation and arm's-length negotiation, the Parties entered into a Settlement Agreement.  The same day, the Parties filed with the Ninth Circuit

Court of Appeals an Emergency Joint Motion to Implement Agreed Settlement by Vacating Oral Argument, Abating the Appeal, and Remanding for the Required District Court Review and Approval of the Agreed Settlement.  On October 7, 2010, the Ninth Circuit issued its order remanding the matter to this Court for purposes of review and approval of the Settlement Agreement. The Parties now request that the Court preliminarily approve the Settlement Agreement that is attached hereto as Exhibit A.

7.   The Settlement Class is defined as:

(a) all persons who, at any time between January 1, 1992 and September 30, 2010, inclusive, had an account with a positive balance in the Bechtel Trust and Thrift Plan or the Becon Trust and Thrift Plan including any beneficiaries, alternate payees or attorneys-in-fact who are or will become entitled to any portion of such an account; provided, however, that the Class shall not include: (b) any Defendant, or any member of the Bechtel Trust and Thrift Plan Committee at any time between January 1, 1992 and September 30, 2010, and as to each person within the scope of clause (b), his/her immediate family members, beneficiaries, alternate payees or attorneys-in-fact.

8.   The Settlement is fundamentally fair, adequate, and reasonable in light of the circumstances of this case and preliminary approval of the Settlement is in the best interests of the Class Members.  In return for a release of the Class Representatives' and Class Members' claims, Defendants have agreed to:

(a)   Pay a sum of $18,500,000 into a Gross Settlement Fund; and
(b)   Institute Affirmative Relief as described in the Settlement Agreement. See Exhibit A, Article 10.

9.   The purpose of preliminary approval is merely to determine whether the proposed settlement is "within the range of possible judicial approval."  A. Conte & H.B. Newberg, *Newberg on Class Actions*, §11.25 (4th ed. 2002); *Armstrong v. Bd. Of School Dir. Of City of Milwaukee*, 616 F.2d 305, 314 (7th Cir. 1980); *In re Corrugated Container Antitrust Litig.*, 643 F.2d 195, 205 (5th Cir. 1981).  The preliminary approval hearing is not a fairness hearing. *Id*.

10. The Settlement reached between the Parties here more than satisfies this standard and is clearly "within the range of possible approval" by the Court. Preliminary approval will not foreclose interested persons from objecting to the Settlement and thereby presenting dissenting viewpoints to the Court.

11. Plaintiffs also submit to the Court a Memorandum in Support of the Joint Motion for Preliminary Approval, as well as Declarations of the Class Counsel. Defendants are not submitting a Memorandum in Support of the Joint Motion.

WHEREFORE, the Parties request the following:

- That the Court amend its October 10, 2008 Order certifying a Class in the case and order certification of the Settlement Class for purposes of a Class Settlement only;
- That the Court hold a preliminary approval hearing to review the Settlement Agreement and to receive argument from counsel regarding the adequacy of the Settlement;
- That following the preliminary approval hearing, the Court enter an Order granting its preliminary approval of the Settlement Agreement in the form attached as Exhibit A.
- That the Court order any interested party to file any objections to the Settlement within the time limit set by the Court, with supporting documentation, and order that such objections, if any, be served on counsel as set forth in the proposed Preliminary Approval Order and Class Notice;
- That the Court schedule a Fairness Hearing for the purpose of receiving evidence, argument, and any objections relating to the Parties' Settlement Agreement; and

- That following the Fairness Hearing, the Court enter an Order granting final approval of the Parties' Settlement and dismissing the Third Amended Complaint in this litigation with prejudice and vacating the Court's Order on Summary Judgment (Doc. 686).

Dated:  October 12, 2010

Respectfully submitted,

SCHLICHTER, BOGARD & DENTON

   /s/ Jerome J. Schlichter
Jerome J. Schlichter - #0545143
Heather Lea *(Pro Hac Vice)*
Mark G. Boyko *(Pro Hac Vice)*
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone:  (314) 621-6115
Facsimile:   (314) 621-7151
E-mail:  jschlichter@uselaws.com

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
E-mail: jdupree@dfdlaw.com

ATTORNEYS FOR PLAINTIFFS Beverly Kanawi and Salvador Aquino, as representatives of a class of similarly situated persons, and on behalf of the Plan

Dated:  Oct. 12, 2010

MORGAN, LEWIS & BOCKIUS LLP

/s/ D. Ward Kallstrom (by consent)
Franklin  Gowdy
Jami Wintz McKeon
D. Ward Kallstrom
One Market, Spear Street Tower
San Francisco, CA 94105
Tel.  (415) 442-1000
Facsimile:  (415) 442-1001
Email:  dwkallstrom@morganlewis.com
Attorneys for Bechtel Defendants

Dated:   Oct. 12, 2010

PAUL, HASTINGS, JANOFSKY & WALKER  LLP

<u>/s/ Grace A. Carter (by consent)</u>
Grace A. Carter
Paul W. Cane, Jr.
Sean D. Unger
Eric A. Long
55 Second Street, 24th Floor
San Francisco, California 94105
Tel. (415) 856-7000
Facsimile:  (415) 856-7100
Email: gracecarter@paulhastings.com
Attorneys for Defendant
Fremont Investment Advisors, Inc.