SCHLICHTER, BOGARD & DENTON
JEROME J. SCHLICHTER (054513)
HEATHER LEA *(Admitted Pro Hac Vice)*
MARK G. BOYKO *(Admitted Pro Hac Vice)*
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-7151
jschlichter@uselaws.com
hlea@uselaws.com
mboyko@uselaws.com

*Attorneys for Plaintiffs and Class Representatives*

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@dfdlaw.com

*Local Counsel for Plaintiffs and Class Representatives*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated person, and on behalf of the Plan, <br><br> *Plaintiffs*, <br><br> v. <br><br> BECHTEL CORPORATION, THE BECHTEL TRUST AND THRIFT PLAN COMMITTEE, PEGGI KNOX, and FREMONT INVESTMENT ADVISORS, <br><br> *Defendants*. | Case No. C 06-05566 CRB (EDL) <br><br> **JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Hon. Charles R. Breyer <br><br> DATE: February 18, 2011 <br> TIME: 10:00 a.m. |

**JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

The Plaintiffs and Defendants hereby jointly move this Court for final approval of the Class Action Settlement and move the Court to enter the proposed Final Order and Judgment, a copy of which is attached hereto as Exhibit A.  This motion is based upon the Memorandum of Law in Support of Joint Motion for Final Approval of Class Action Settlement and supporting declarations, filed concurrently herewith.

Dated:  February 4, 2011             Respectfully submitted,

SCHLICHTER, BOGARD & DENTON

  /s/ Jerome J. Schlichter
Jerome J. Schlichter
Heather Lea *(Pro Hac Vice)*
Mark G. Boyko *(Pro Hac Vice)*
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Telephone:  (314) 621-6115
Facsimile:   (314) 621-7151
E-mail:  jschlichter@uselaws.com

FUTTERMAN & DUPREE LLP
JAMIE L. DUPREE
160 Sansome Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
E-mail: jdupree@dfdlaw.com

Attorneys for Plaintiffs Beverly Kanawi and Salvador Aquino, as representatives of a class of similarly situated persons, and on behalf of the Plans

Dated:   2/4/2011     MORGAN, LEWIS & BOCKIUS LLP

/s/ Bradley Perkins (by consent)
Franklin B. Gowdy
Bradley Perkins
One Market
San Francisco, CA 94105
Tel.  (415) 442-1000
Facsimile:  (415) 442-1001
Attorneys for Defendants Bechtel Corporation, Bechtel Trust and Thrift Committee, and Peggi Knox

Dated:   2/4/2011     SEYFARTH SHAW LLP

/s/ D. Ward Kallstrom     (by consent)
D. Ward Kallstrom
560 Mission Street, 31st Floor
San Francisco, CA 94105
Tel. (415) 397-2823
Facsimile:  (415) 397-8549
Attorneys for Defendants Bechtel Corporation, Bechtel Trust and Thrift Committee, and Peggi Knox

Dated:   2/4/2011     PAUL, HASTINGS, JANOFSKY & WALKER  LLP

/s/ Grace A. Carter (by consent)
Grace A. Carter
Sean D. Unger
Eric A. Long
55 Second Street, 24th Floor
San Francisco, California 94105
Tel. (415) 856-7000
Facsimile:  (415) 856-7100
Email: gracecarter@paulhastings.com
Attorneys for Defendant
Fremont Investment Advisors, Inc.

JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO. C 06-05566 CRB/EDL