United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY KANAWI, et al.,

     Plaintiffs,

  v.

BECHTEL CORP., et al.,

     Defendants.

_____/

No. C 06-05566 CRB

**ORDER FOR SUPPLEMENTAL DECLARATION**

     In considering the motions presently pending in this case, it would aid the Court to have a Supplemental Declaration as to (1) Administrative Expenses incurred to date and (2) a good faith estimate of Administrative Expenses likely to be incurred during the course of settlement administration.  See Article 2.1 of Settlement Agreement.  Such Supplemental Declaration shall be filed on or before Friday, February 25, 2011.

     **IT IS SO ORDERED.**

Dated:  February 18, 2011

_____

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE