**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY KANAWI, et al., | No. C 06-05566 CRB |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| BECHTEL CORP., et al., | |
| Defendants. / | |

A.  Upon consideration of the Settling Parties' joint motion for final approval of class action settlement pursuant to the terms of a Class Action Settlement Agreement dated October 6, 2010, as amended (the "Settlement Agreement"), filed as Exhibit A to the Joint Motion for Preliminary Approval of Class Settlement (Dkt. 794);

B.  The Court having entered a Preliminary Approval Order on October 27, 2010 preliminarily approving the settlement, certifying the Settlement Class as a mandatory non-opt-out class pursuant to Federal Rule of Civil Procedure 23(b)(1), approving the form of Settlement Notice and directing the manner of delivery and publication thereof, and scheduling a hearing to consider the fairness of the settlement, pursuant to Federal Rule of Civil Procedure 23(e) (Dkt. 799-1);

C.  The Court having entered an Order on November 30, 2010 approving amendments to the form of delivery and publication of the Settlement Notice and finding that notice met the requirements of Federal Rule of Civil Procedure 23(e);

D.  The Court having received declarations attesting to the delivery and publication of the Settlement Notice in accordance with the Preliminary Order; and

E.  A Fairness Hearing having been held before this Court on February 18, 2011 to: (i) determine finally whether this action satisfies the applicable prerequisites for class action treatment under Federal Rule of Civil Procedure 23(b)(1); (ii) consider the fairness of the settlement, pursuant to Federal Rule of Civil Procedure 23, and determine whether to enter this Final Order approving the settlement; (iii) determine whether the proposed Plan of Allocation of the settlement amount is fair and reasonable and should be approved; and (iv) rule upon each Objection to the settlement and such other matters as the Court might deem appropriate;

\* \* \*

IT IS HEREBY ORDERED:

1. The Court has jurisdiction over the subject matter of the Action, the Settlement Class, and Defendants pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331.

2. In accordance with the Court's Orders, Settlement Notice was timely given to all members of the Settlement Class who could be identified with reasonable effort by December 3, 2010, was published on December 7, 2010 in the USA Today, Washington Post, San Francisco Chronicle and Houston Chronicle, and was published on the website maintained by Class Counsel from December 7, 2010 through the date of this Final Order and Judgment, and, pursuant to the Class Action Fairness Act, was provided to the Attorneys General for each of the states in which a Settlement Class Member resides. The form and methods of notifying the Settlement Class of the terms and conditions of the proposed Settlement Agreement and of the Fairness Hearing met the requirements of Federal Rule of Civil Procedure 23, any other applicable law, and due process, constituted the best notice

1 practicable under the circumstances, and constituted due and sufficient notice to the
2 Settlement Class Members and to all powers and entities entitled thereto.

3. The motion for final approval of the settlement is hereby GRANTED, and the settlement, including the Proposed Plan of Allocation, is APPROVED as fair, reasonable, and adequate. Each and every Objection to the settlement is dismissed and overruled with prejudice.

4. Upon entry of this Final Order and Judgment, each Settlement Class Member shall be (i) conclusively deemed to have, and by operation of this Final Order and Judgment shall have, fully, finally, and forever settled, released, relinquished, waived and discharged Defendants, the Plan, and the Related Parties from all Released Claims, all as defined in the Settlement Agreement, and (ii) barred from suing Defendants, the Plan, or the Related Parties in any action or proceeding alleging any of the Released Claims, even if any Settlement Class Member may thereafter discover facts in addition to or different from those which the Settlement Class Members or Class Counsel now know or believe to be true with respect to the Class Action and the Released Claims, whether or not such Settlement Class Members have executed and delivered a Former Participant Claim Form, whether or not such Settlement Class Members have filed an objection to the settlement embodied in this Settlement Agreement or to the Motion by Class Counsel for an award of Attorneys' Fees and Expenses, and whether or not the objections or claims for distribution of such Settlement Class Members have been approved or allowed.

5. Upon entry of this Final Order and Judgment, the Plan shall be (i) conclusively deemed to have, and by operation of the Final Order shall have, fully, finally, and forever settled, released, relinquished, waived, and discharged Defendants and the Related Parties from all Released Claims, and (ii) barred from suing Defendants or the Related Parties in any action or proceeding alleging any of the Released Claims, even if the Plan may thereafter discover facts in addition to or different from those which the Plan now knows or believes to be true with respect to the Class Action and the Released Claims.

6. Upon entry of this Final Order and Judgment, all Settlement Class Members and the Plan shall be bound by the Settlement Agreement and by this Final Judgment and Order.

7. The Class Action filed in this Court on behalf of the Settlement Class against the Defendants, Case No. C 06-05566 (together with all claims asserted therein, whether asserted by Class Representatives on their own behalf or on behalf of the Settlement Class, or derivatively to secure relief for the Plan) is hereby dismissed in its entirety, with prejudice. No costs are awarded to any of the Settling Parties apart from those awarded to Class Counsel pursuant to the Motion for Award of Attorneys' Fees and Expenses (Dkt. 805). This Court's Final Judgement entered on April 17, 2009 (Dkt. 735), is hereby vacated.

**IT IS SO ORDERED.**



Dated: March 1, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5566\FINAL SETTLEMENT APPROVAL.wpd    4