

FILED

JUL 06 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BEVERLY KANAWI and SALVADOR AQUINO, as representatives of a class of similarly situated persons, and on behalf of the Plan,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>BECHTEL CORPORATION; et al.,<br><br>Defendants - Appellees,<br><br>and<br><br>HILDA L. SOLIS, Secretary of Labor,<br><br>Intervenor. | No. 09-16253<br><br>D.C. No. 3:06-cv-05566-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: BEEZER and GRABER, Circuit Judges, and CARNEY, District Judge.[*]

Distributions under the District Court's Order Granting Final Approval of Class Action Settlement having been completed in this case, this appeal is DISMISSED. The copy of this order shall act as and for the mandate of this court.

---

[*] The Honorable Cormac J. Carney, District Judge for the U.S. District Court for Central California, Santa Ana, sitting by designation.